**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF OHIO

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

■ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Garland<br>First name<br><br>E.<br>Middle name<br><br>Consoliver<br>Last name and Suffix (Sr., Jr., II, III) | Elizabeth<br>First name<br><br>Ann<br>Middle name<br><br>Consoliver<br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | | FKA Mary Frances Moore |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-3798 | xxx-xx-7036 |

| Debtor 1 | Garland E. Consoliver |
|---|---|
| Debtor 2 | Elizabeth Ann Consoliver |

Case number *(if known)* _____

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

**About Debtor 1:**

■ I have not used any business name or EINs.

_____
Business name(s)

_____
EINs

**About Debtor 2 (Spouse Only in a Joint Case):**

☐ I have not used any business name or EINs.

FDBA  Saw, Inc.
FDBA  Lancaster Industrial & Restaurant Supplies Plus, Inc.
Business name(s)

_____
EINs

---

**5. Where you live**

610 McKinley Ave
Lancaster, OH 43130
Number, Street, City, State & ZIP Code

Fairfield
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

---

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

---

Debtor 1   Garland E. Consoliver

Debtor 2   Elizabeth Ann Consoliver

Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.**  **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

■ Chapter 13

**8.**  **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.**  **Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | | | When | | Case number | |
| | | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| | Debtor | | | Relationship to you | |
|---|---|---|---|---|---|
| | District | | When | Case number, if known | |
| | Debtor | | | Relationship to you | |
| | District | | When | Case number, if known | |

**11.** **Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1    Garland E. Consoliver

Debtor 2    Elizabeth Ann Consoliver

Case number *(if known)* _____

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard? _____

_____

If immediate attention is needed, why is it needed?
_____

_____

Where is the property? _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1    Garland E. Consoliver

Debtor 2    Elizabeth Ann Consoliver

Case number *(if known)*

---

**Part 5:**    **Explain Your Efforts to Receive a Briefing About Credit Counseling**

---

**15.** **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

| **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|
| *You must check one:* | *You must check one:* |
| ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. | ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. |
| ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. | ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. |
| ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. | ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. |
| ☐ **I am not required to receive a briefing about credit counseling because of:** | ☐ **I am not required to receive a briefing about credit counseling because of:** |
| ☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. | ☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. |
| ☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. | ☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. |
| ☐ **Active duty.**<br>I am currently on active military duty in a military combat zone. | ☐ **Active duty.**<br>I am currently on active military duty in a military combat zone. |
| If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

---

Debtor 1  Garland E. Consoliver

Debtor 2  Elizabeth Ann Consoliver

Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.** What kind of debts do you have?

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

**17.** Are you filing under Chapter 7?

■ No.  I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18.** How many Creditors do you estimate that you owe?

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19.** How much do you estimate your assets to be worth?

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| /s/ Garland E. Consoliver | /s/ Elizabeth Ann Consoliver |
| Garland E. Consoliver | Elizabeth Ann Consoliver |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on  April 28, 2016 | Executed on  April 28, 2016 |
| MM / DD / YYYY | MM / DD / YYYY |

| Debtor 1 | Garland E. Consoliver | | |
|---|---|---|---|
| Debtor 2 | Elizabeth Ann Consoliver | | Case number *(if known)* |

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| /s/ Crystal I. Zellar | Date | April 28, 2016 |
|---|---|---|
| Signature of Attorney for Debtor | | MM / DD / YYYY |

Crystal I. Zellar
Printed name

Zellar & Zellar, Attorneys at Law, Inc.
Firm name

720 Market Street
Zanesville, OH 43701
Number, Street, City, State & ZIP Code

| Contact phone | (740) 452-8439 | Email address | mail@ZellarLaw.com |
|---|---|---|---|

#0038785
Bar number & State

---

Certificate Number: 17082-OHS-CC-026784853



17082-OHS-CC-026784853

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>January 11, 2016</u>, at <u>2:14</u> o'clock <u>PM MST</u>, <u>GARLAND E CONSOLIVER</u> received from <u>Summit Financial Education, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Southern District of Ohio</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>January 11, 2016</u>          By:      <u>/s/Orsolya K Lazar</u>

                                     Name: <u>Orsolya K Lazar</u>

                                     Title:   <u>Executive Director</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 17082-OHS-CC-026784499



17082-OHS-CC-026784499

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>January 11, 2016</u>, at <u>1:29</u> o'clock <u>PM MST</u>, <u>ELIZABETH A CONSOLIVER</u> received from <u>Summit Financial Education, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Southern District of Ohio</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>January 11, 2016</u>          By:      <u>/s/Orsolya K Lazar</u>

                                 Name:   <u>Orsolya K Lazar</u>

                                 Title:   <u>Executive Director</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Garland E. Consoliver | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Elizabeth Ann Consoliver | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                4/16

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**

    ■ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ■ No
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ■ No
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ■ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | $0.00 | ■ Wages, commissions, bonuses, tips | $997.50 |
|  | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1    Garland E. Consoliver
Debtor 2    Elizabeth Ann Consoliver                                            Case number (if known) _____

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| | ☐ Wages, commissions, bonuses, tips | $0.00 | ☐ Wages, commissions, bonuses, tips | $1,229.00 |
| | ☐ Operating a business | | ■ Operating a business | |
| **For last calendar year:** (January 1 to December 31, 2015 ) | ☐ Wages, commissions, bonuses, tips | $0.00 | ■ Wages, commissions, bonuses, tips | $6,462.00 |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, 2014 ) | ☐ Wages, commissions, bonuses, tips | $0.00 | ■ Wages, commissions, bonuses, tips | $740.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Social Security | $5,604.00 | | |
| **For last calendar year:** (January 1 to December 31, 2015 ) | Social Security | $16,812.00 | | |
| **For the calendar year before that:** (January 1 to December 31, 2014 ) | Social Security | $16,996.00 | | |
| | Retirement Account Withdrawals | $10,305.00 | | |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
    ☐ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?
    ☐ No.    Go to line 7.
    ☐ Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

    * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor 1 | Garland E. Consoliver | | |
|---|---|---|---|
| Debtor 2 | Elizabeth Ann Consoliver | Case number *(if known)* | |

■ **Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

■ No.   Go to line 7.

☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7.   **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.   **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:**   Identify Legal Actions, Repossessions, and Foreclosures

9.   **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Wells Fargo Bank, NA vs. Garland E. Consoliver, et al. 2015 CV 00807 | Foreclosure | Fairfield County Common Pleas Court 224 East Main Street Lancaster, OH 43130 | ■ Pending ☐ On appeal ☐ Concluded<br><br>Sheriff Sale Scheduled 4/29/2016 |

10.   **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

| Debtor 1 | Garland E. Consoliver | |
|---|---|---|
| Debtor 2 | Elizabeth Ann Consoliver | Case number *(if known)* |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

## Part 5:  List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

## Part 6:  List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

## Part 7:  List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Summit Finanical Education, Inc.<br>Attn:  Customer Service<br>4800 E. Flower Street<br>Tucson, AZ 85712 | | 1/2016 | $9.95 |

Debtor 1   Garland E. Consoliver
Debtor 2   Elizabeth Ann Consoliver                               Case number *(if known)*

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Zellar & Zellar Attorneys at Law Inc 720 Market Street Zanesville, OH 43701 mail@ZellarLaw.com | | 4/2016 | $1,000.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address  Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address *(Number, Street, City, State and ZIP Code)* | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address *(Number, Street, City, State and ZIP Code)* | Who else had access to it? Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor 1   Garland E. Consoliver
Debtor 2   Elizabeth Ann Consoliver                                                          Case number *(if known)*

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:   Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

   ■ No
   ☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:   Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No
   ☐ Yes. Fill in the details.

| Case Title Case Number | Court or agency Name Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:   Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

   ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

   ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor 1 | Garland E. Consoliver | | |
|---|---|---|---|
| Debtor 2 | Elizabeth Ann Consoliver | | Case number *(if known)* |

☐ **A partner in a partnership**

☐ **An officer, director, or managing executive of a corporation**

☐ **An owner of at least 5% of the voting or equity securities of a corporation**

☐ **No. None of the above applies.** Go to Part 12.

■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Lancaster Janitorial &<br>Restaurant Supplies Plus, Inc.<br>610 McKinley Ave<br>Lancaster, OH 43130 | Janitorial services | **EIN:**  32-xxxxx76<br><br>**From-To**  3/2009 - 10/2014 |

**28.  Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ **No**

☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

---

**Part 12:**  **Sign Below**

---

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| /s/ Garland E. Consoliver | /s/ Elizabeth Ann Consoliver |
|---|---|
| Garland E. Consoliver | Elizabeth Ann Consoliver |
| **Signature of Debtor 1** | **Signature of Debtor 2** |

| **Date**  April 28, 2016 | **Date**  April 28, 2016 |
|---|---|

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

■ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Garland E. Consoliver |
| | First Name          Middle Name          Last Name |
| Debtor 2 | Elizabeth Ann Consoliver |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1: Summarize Your Assets**

| | **Your assets** Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B.................................................... | $ 89,500.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B............................................ | $ 22,809.00 |
| 1c. Copy line 63, Total of all property on Schedule A/B.................................................... | $ 112,309.00 |

**Part 2: Summarize Your Liabilities**

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 141,700.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.............................. | $ 1,570.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 206,395.00 |
| **Your total liabilities** | $ 349,665.00 |

**Part 3: Summarize Your Income and Expenses**

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*................................................ | $ 3,073.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*........................................................ | $ 1,473.00 |

**Part 4: Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

  ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

  ■ Yes

7. **What kind of debt do you have?**

  ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

  ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  Garland E. Consoliver

Debtor 2  Elizabeth Ann Consoliver

Case number *(if known)*

---

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____ 59.58

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 1,570.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 1,570.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | Garland E. Consolver |
| | First Name    Middle Name    Last Name |
| Debtor 2 | Elizabeth Ann Consolver |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number | |

☐ Check if this is an
  amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ☑ Yes.  Where is the property?

---

1.1

610 McKinley Ave
Street address, if available, or other description

Lancaster          OH     43130-0000
City                State     ZIP Code

Fairfield
County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Subject to:
  Real Estate Tax Lien ($800)
  1st Mtg - Wells Fargo ($65,000)
  2nd Mtg - Fairfield Federal ($31,000)
  Judgment Lien - Capital One ($6,000)
  State Tax Lien - Ohio Dept of Tax ($2,500)
  State Tax Lien - Ohio Dept of Tax ($1,000)
  Judgment Lien - Midland Funding ($6,500)
All rights associated with the real property are retained.

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $89,500.00 | $89,500.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Mortgagors / Owners in fee simple

☐ Check if this is community property
  (see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................=>**

$89,500.00

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | Garland E. Consoliver | | Case number (if known) | |
| Debtor 2 | Elizabeth Ann Consoliver | | | |

### 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
■ Yes

| 3.1 | Make: | Dodge | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. | |
| | Model: | Grand Caravan SE | ☐ Debtor 1 only | | |
| | Year: | 2013 | ☐ Debtor 2 only | | |
| | Approximate mileage: | 10,000 | ■ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | Fair condition | | ☐ Check if this is community property (see instructions) | | |
| | Secured by: Chrysler Capital ($26,000) | | | $15,500.00 | $15,500.00 |

### 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

| 5 | Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................................=> | $15,500.00 |

| Part 3: | Describe Your Personal and  Household Items |

| Do you own or have any legal or equitable interest in any of the following items? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

### 6. Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
■ Yes.  Describe.....

| Household goods & furnishings; no one item worth over $600 | $2,000.00 |

| Washer, Dryer & Refrigerator Secured by: Acceptance Now ($2,900) | $2,500.00 |

### 7. Electronics
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
■ Yes.  Describe.....

| Televisions | $300.00 |

### 8. Collectibles of value
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No
☐ Yes.  Describe.....

### 9. Equipment for sports and hobbies
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

■ No

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | Garland E. Consoliver | | Case number *(if known)* | |
|----------|-----------------------|--|--------------------------|--|
| Debtor 2 | Elizabeth Ann Consoliver | | | |

☐ Yes. Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☐ No
■ Yes. Describe.....

| 223 ($75) | |
|-----------|--|
| 223 ($75) | |
| 22 ($25) | $175.00 |

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes. Describe.....

| Personal clothing | $300.00 |
|-------------------|---------|

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
■ No
☐ Yes. Describe.....

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
■ Yes. Describe.....

| Cat & Dog - household pets | $0.00 |
|----------------------------|-------|

**14. Any other personal and household items you did not already list, including any health aids you did not list**
■ No
☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
for Part 3. Write that number here ...........................................................................

| | $5,275.00 |
|--|-----------|

| Part 4: | Describe Your Financial Assets |
|---------|-------------------------------|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
■ Yes...........................................................................................................

| | Cash | $10.00 |
|--|------|--------|

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes........................

Institution name:

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| | | | |
|---|---|---|---|
| Debtor 1 | Garland E. Consoliver | | |
| Debtor 2 | Elizabeth Ann Consoliver | Case number *(if known)* | |

| | | | |
|---|---|---|---|
| 17.1. | Joint Savings | PNC Bank | $0.00 |
| 17.2. | Joint Savings | PNC Bank | $56.00 |
| 17.3. | Joint Checking | PNC Bank<br>Where Social Security Deposits | $400.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes.................         Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ■ No
   ☐ Yes.  Give specific information about them...................
                          Name of entity:                          % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
                          Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ■ No
   ☐ Yes. List each account separately.
                          Type of account:         Institution name:

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. ....................         Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ☐ No
   ■ Yes.............         Issuer name and description.

| | |
|---|---|
| Sun Life Financial Masters Variable Annuity<br> $464 surrender value<br> $278 after tax value<br>Necessary for support of Debtors | $278.00 |
| The Hartford  Variable Annuity<br> $494 current value<br> $296 after tax value<br>Necessary for support of Debtors | $296.00 |

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes.............         Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

| Debtor 1 | Garland E. Consoliver | |
|---|---|---|
| Debtor 2 | Elizabeth Ann Consoliver | Case number *(if known)* |

**25.  Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No
☐ Yes.  Give specific information about them...

**26.  Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes.  Give specific information about them...

**27.  Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28.  Tax refunds owed to you**

☐ No
■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| 2015 Income tax refunds | Federal, State and Local | $664.00 |
|---|---|---|

**29.  Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No
☐ Yes. Give specific information......

**30.  Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No
☐ Yes. Give specific information..

**31.  Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| The Western & Southern Life Insurance Company  Whole Life Policy | Elizabeth Consoliver | $330.00 |

**32.  Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No
☐ Yes.  Give specific information..

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No
☐ Yes.  Describe each claim.........

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1    Garland E. Consoliver
Debtor 2    Elizabeth Ann Consoliver                                    Case number *(if known)*

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes.  Describe each claim.........

**35. Any financial assets you did not already list**

☐ No

☑ Yes.  Give specific information..

| | |
|---|---|
| Earned and unpaid wages for the past 30 days | Unknown |

**36.    Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here...............................................................................................................**

$2,034.00

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37.  Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.

☑ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38.  Accounts receivable or commissions you already earned**

☐ No

☑ Yes.  Describe.....

| | |
|---|---|
| Lancaster Janitorial & Restaurant Supplies Plus, Inc. fka Saw of Lancaster, Inc. No assets Defunct since 10/2014 | $0.00 |

**39.  Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes.  Describe.....

**40.  Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No

☑ Yes.  Describe.....

| | |
|---|---|
| Old credit card machine (obsolete) No value | $0.00 |

**41.  Inventory**

☑ No

☐ Yes.  Describe.....

**42.  Interests in partnerships or joint ventures**

☑ No

☐ Yes.  Give specific information about them...................

Name of entity:                              % of ownership:

Debtor 1     Garland E. Consoliver

Debtor 2     Elizabeth Ann Consoliver

Case number *(if known)*

43.  **Customer lists, mailing lists, or other compilations**

■ No.

☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☐ No

☐ Yes.  Describe.....

44.  **Any business-related property you did not already list**

☐ No

☐ Yes. Give specific information.........

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**..................................................................................................

| | $0.00 |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| | If you own or have an interest in farmland, list it in Part 1. |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☐ No. Go to Part 7.

☐ Yes.  Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

53.  **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☐ No

☐ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................

| | $0.00 |

| **Part 8:** | **List the Totals of Each Part of this Form** |

| 55. | **Part 1: Total real estate, line 2** ............................................................................ | | $89,500.00 |
| 56. | **Part 2: Total vehicles, line 5** | $15,500.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $5,275.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $2,034.00 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** + | $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $22,809.00 | Copy personal property total ➔ $22,809.00 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | $112,309.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Garland E. Consoliver |
| | First Name        Middle Name        Last Name |
| Debtor 2 | Elizabeth Ann Consoliver |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:      Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 610 McKinley Ave Lancaster, OH 43130<br>Fairfield County<br>Subject to:<br>  Real Estate Tax Lien ($800)<br>  1st Mtg - Wells Fargo ($65,000)<br>  2nd Mtg - Fairfield Federal ($31,000)<br>  Judgment Lien - Capital One ($6,000)<br>  State Tax Lien - Ohio Dept of Tax ($2,<br>Line from *Schedule A/B*: 1.1 | $89,500.00 | ■ $273,850.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(1) - Homestead |
| 2013 Dodge Grand Caravan SE 10,000 miles<br>Fair condition<br>  Secured by: Chrysler Capital ($26,000)<br>Line from *Schedule A/B*: 3.1 | $15,500.00 | ■ $7,550.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(2) - Motor Vehicle |
| Household goods & furnishings; no one item worth over $600<br>Line from *Schedule A/B*: 6.1 | $2,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(4)(a) - Clothing, household goods & furnishings |
| Televisions<br>Line from *Schedule A/B*: 7.1 | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(4)(a) - Clothing, household goods & furnishings |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor 1 | Garland E. Consoliver | |
|---|---|---|
| Debtor 2 | Elizabeth Ann Consoliver | |
| | | Case number (if known) |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 223 ($75)<br>223 ($75)<br>22 ($25)<br>Line from *Schedule A/B*: 10.1 | $175.00 | ■ $175.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(4)(a) - Clothing, household goods & furnishings |
| Personal clothing<br>Line from *Schedule A/B*: 11.1 | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(4)(a) - Clothing, household goods & furnishings |
| Cash<br>Line from *Schedule A/B*: 16.1 | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(3) - Cash |
| Joint Savings: PNC Bank<br>Line from *Schedule A/B*: 17.2 | $56.00 | ■ $56.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(3) - Cash |
| Joint Checking: PNC Bank<br>  Where Social Security Deposits<br>Line from *Schedule A/B*: 17.3 | $400.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(3) - Cash |
| Sun Life Financial Masters Variable Annuity<br>  $464 surrender value<br>  $278 after tax value<br>Necessary for support of Debtors<br>Line from *Schedule A/B*: 23.1 | $278.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. §§ 2329.66(A)(6)(b), 3911.10 - Life Insurance proceeds; annuity contracts |
| The Hartford  Variable Annuity<br>  $494 current value<br>  $296 after tax value<br>Necessary for support of Debtors<br>Line from *Schedule A/B*: 23.2 | $296.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. §§ 2329.66(A)(6)(b), 3911.10 - Life Insurance proceeds; annuity contracts |
| Federal, State and Local: 2015 Income tax refunds<br>Line from *Schedule A/B*: 28.1 | $664.00 | ■ $180.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(18) - Wildcard |
| Federal, State and Local: 2015 Income tax refunds<br>Line from *Schedule A/B*: 28.1 | $664.00 | ■ $484.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(3) - Cash |
| The Western & Southern Life Insurance Company<br>  Whole Life Policy<br>Beneficiary: Elizabeth Consoliver<br>Line from *Schedule A/B*: 31.1 | $330.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. §§ 2329.66(A)(6)(b), 3911.10 - Life Insurance proceeds; annuity contracts |
| Earned and unpaid wages for the past 30 days<br>Line from *Schedule A/B*: 35.1 | Unknown | ■ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(13);  wages (75%) |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   Garland E. Consoliver
Debtor 2   Elizabeth Ann Consoliver                          Case number (if known)

3.   **Are you claiming a homestead exemption of more than $160,375?**
     (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐   No

    ☐   Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Garland E. Consoliver |
| | First Name    Middle Name    Last Name |
| Debtor 2 | Elizabeth Ann Consoliver |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property 

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** Acceptance Now<br>Creditor's Name<br><br>Attn: Chief Financial Officer<br>1860 N Memorial Dr<br>Lancaster, OH 43130<br>Number, Street, City, State & Zip Code | **Describe the property that secures the claim:**<br>Washer, Dryer & Refrigerator<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,900.00 | $2,500.00 | $0.00 |

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    Rent-to-Own Purchase Agreement

Date debt was incurred    9/3/2015        Last 4 digits of account number    0441

| | | | | |
|---|---|---|---|---|
| **2.2** Capital One<br>Creditor's Name<br>Attn: Chief Financial Officer<br>PO Box 30256<br>Salt Lake City, UT<br>84130-0256<br>Number, Street, City, State & Zip Code | **Describe the property that secures the claim:**<br>610 McKinley Ave Lancaster, OH 43130<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,000.00 | $89,500.00 | $6,000.00 |

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred    6/8/2009        Last 4 digits of account number    2592

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1   Garland E. Consoliver
    First Name        Middle Name        Last Name                 Case number (if know)

Debtor 2   Elizabeth Ann Consoliver
    First Name        Middle Name        Last Name

| 2.3 | Chrysler Financial | Describe the property that secures the claim: | $26,000.00 | $15,500.00 | $0.00 |
|---|---|---|---|---|---|

**Creditor's Name**

Correspondence
PO Box 9223
Farmington, MI
48333-9223

2013 Dodge Grand Caravan SE

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred**   3/2014          **Last 4 digits of account number**   7135

| 2.4 | Fairfield County Treasurer | Describe the property that secures the claim: | $800.00 | $89,500.00 | $0.00 |
|---|---|---|---|---|---|

**Creditor's Name**

610 McKinley Ave Lancaster, OH 43130

210 E Main St  Room 206
Lancaster, OH 43130

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred**   2015          **Last 4 digits of account number**   0200

| 2.5 | Fairfield Federal Savings & Loan | Describe the property that secures the claim: | $31,000.00 | $89,500.00 | $0.00 |
|---|---|---|---|---|---|

**Creditor's Name**

Association of Lancaster
Attn: Chief Financial Officer
111 E Main St
Lancaster, OH 43130

610 McKinley Ave Lancaster, OH 43130
$673.39/mo  $12,000 arrearage

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred**   11/2005          **Last 4 digits of account number**   1845

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 5

Debtor 1   Garland E. Consolver
   First Name   Middle Name   Last Name    Case number (if know) _____

Debtor 2   Elizabeth Ann Consolver
   First Name   Middle Name   Last Name

---

| 2.6 | Midland Funding LLC | **Describe the property that secures the claim:** | $6,500.00 | $89,500.00 | $6,500.00 |
|---|---|---|---|---|---|

Creditor's Name

610 McKinley Ave Lancaster, OH 43130

8875 Aero Dr
San Diego, CA 92123

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   4/6/2012      **Last 4 digits of account number**   1091

---

| 2.7 | Ohio Department of Taxation | **Describe the property that secures the claim:** | $2,500.00 | $89,500.00 | $2,500.00 |
|---|---|---|---|---|---|

Creditor's Name

610 McKinley Ave Lancaster, OH 43130

Attn:  Bankruptcy Division
PO Box 530
Columbus, OH 43216

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Income Tax Lien

Date debt was incurred   8/3/2011      **Last 4 digits of account number**   1817

---

| 2.8 | Ohio Department of Taxation | **Describe the property that secures the claim:** | $1,000.00 | $89,500.00 | $1,000.00 |
|---|---|---|---|---|---|

Creditor's Name

610 McKinley Ave Lancaster, OH 43130

Attn:  Bankruptcy Division
PO Box 530
Columbus, OH 43216

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Income Tax Lien

Date debt was incurred   8/3/2011      **Last 4 digits of account number**   1818

---

Official Form 106D  Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**  page 3 of 5

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor 1 | Garland E. Consoliver | | | Case number (if know) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Elizabeth Ann Consoliver | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.9 | Wells Fargo | Describe the property that secures the claim: | $65,000.00 | $89,500.00 | $0.00 |
|---|---|---|---|---|---|

**2.9** Wells Fargo

Creditor's Name

c/o Rushmore Loan
Management Services
Attn: Chief Financial Officer
PO Box 55004
Irvine, CA 92619

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

Date debt was incurred  8/2004

**Describe the property that secures the claim:**

610 McKinley Ave Lancaster, OH
43130
 $588.75/month     $10,000 arrearage

**As of the date you file, the claim is:** Check all that
apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number   0535

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $141,700.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $141,700.00 |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐
Name, Number, Street, City, State & Zip Code
Carlisle McNellie Rini Kramer & Ulrich
24755 Chagrin Blvd  #200
Cleveland, OH 44122

On which line in Part 1 did you enter the creditor?   2.9

Last 4 digits of account number   ___

☐
Name, Number, Street, City, State & Zip Code
G Brian Boltz Esq
109 E Main St  #105
Lancaster, OH 43130

On which line in Part 1 did you enter the creditor?   2.5

Last 4 digits of account number   ___

☐
Name, Number, Street, City, State & Zip Code
Ohio Department of Taxation
c/o Attorney General of Ohio
Collections Enforcement Section
150 East Gay Street  21st Fl
Columbus, OH 43215

On which line in Part 1 did you enter the creditor?   2.7

Last 4 digits of account number   ___

☐
Name, Number, Street, City, State & Zip Code
Ohio Department of Taxation
c/o Attorney General of Ohio
Collections Enforcement Section
150 East Gay Street  21st Fl
Columbus, OH 43215

On which line in Part 1 did you enter the creditor?   2.8

Last 4 digits of account number   ___

Official Form 106D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 4 of 5

| Debtor 1 | Garland E. Consoliver | | | Case number (if know) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Elizabeth Ann Consoliver | | | | |
| | First Name | Middle Name | Last Name | | |

☐  Name, Number, Street, City, State & Zip Code
**Thomas & Thomas**
2323 Park Avenue
Cincinnati, OH 45206-2711

On which line in Part 1 did you enter the creditor?  2.2

Last 4 digits of account number ___

☐  Name, Number, Street, City, State & Zip Code
**Weltman Weinberg & Reis Co LPA**
3705 Marlane Dr
Grove City, OH 43123

On which line in Part 1 did you enter the creditor?  2.6

Last 4 digits of account number ___

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Garland E. Consoliver |
| | First Name    Middle Name    Last Name |
| Debtor 2 | Elizabeth Ann Consoliver |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**  Internal Revenue Service
Priority Creditor's Name
PO Box 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  3798   $670.00   $670.00   $0.00

When was the debt incurred?  2011

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify   Federal income taxes

**2.2**  Lancaster City Income Tax
Priority Creditor's Name
104 E Main St  3rd Fl
Lancaster, OH 43130
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  3798   $50.00   $50.00   $0.00

When was the debt incurred?  2011 - 2015

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify   Local Income Taxes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    10814                    Best Case Bankruptcy

Debtor 1  Garland E. Consolver
Debtor 2  Elizabeth Ann Consolver

Case number (if know)

| | | | |
|---|---|---|---|
| **2.3** | Ohio Department of Taxation | Last 4 digits of account number  7173 | $850.00  $850.00  $0.00 |

Priority Creditor's Name
Attn: Bankruptcy Division
PO Box 530
Columbus, OH 43216

**When was the debt incurred?**  2009-2014

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____ Sales Taxes _____

---

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

**3.    Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes.

**4.    List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|
| **4.1** | ACM Ohio LLC | Last 4 digits of account number  6584 | $1,390.00 |

Nonpriority Creditor's Name
Messenger Publishing Co
9300 Johnson Rd
Athens, OH 45701

**When was the debt incurred?**  2013

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____ Business debt
Advertising services _____

Debtor 1   Garland E. Consoliver

Debtor 2   Elizabeth Ann Consoliver

Case number (if know) _____

---

| 4.2 | **ADT Security Services** | Last 4 digits of account number | 1983 | $830.00 |

Nonpriority Creditor's Name

3190 S Vaughn Way

Aurora, CO 80014

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   2010

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Residential security services

---

| 4.3 | **Advanta Business Card** | Last 4 digits of account number | | $3,700.00 |

Nonpriority Creditor's Name

Attn Collection Services

PO Box 844

Spring House, PA 19477-0844

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Credit card purchases

---

| 4.4 | **Advertiser** | Last 4 digits of account number | 0221 | $220.00 |

Nonpriority Creditor's Name

PO Box 3007

Newark, OH 43058

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   2009

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Business debt

Advertising services

---

Debtor 1   Garland E. Consoliver

Debtor 2   Elizabeth Ann Consoliver

Case number *(if know)*

---

| 4.5 | AEP | Last 4 digits of account number | 0979 | $3,400.00 |

Nonpriority Creditor's Name

PO Box 24401

Canton, OH 44701-4401

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   2016

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Utility services

---

| 4.6 | Alarmforce | Last 4 digits of account number | 7373 | $1,200.00 |

Nonpriority Creditor's Name

675 Garyray Dr

Toronto  ON  M9L 1R2

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   2012

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Alarm services

---

| 4.7 | American Consolidated Media | | | $1,370.00 |

Nonpriority Creditor's Name

7301 State Highway 161 #270

Irving, TX 75039

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?**   2013

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Business debt
Advertising services

---

Debtor 1  Garland E. Consoliver

Debtor 2  Elizabeth Ann Consoliver

Case number (if know) _____

---

| 4.8 | American Diagnostic Services | Last 4 digits of account number | 1ads | $31.00 |

Nonpriority Creditor's Name

PO Box 62510

Baltimore, MD 21264-2510

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  Medical Services

---

| 4.9 | Apostolic Publishing Co | Last 4 digits of account number | 2441 | $215.00 |

Nonpriority Creditor's Name

7010 6th Street N

Saint Paul, MN 55128

Number Street City State Zip Code

**When was the debt incurred?**  2008

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  Business debt
Advertising services

---

| 4.10 | Arwebb Office Plus | Last 4 digits of account number | | $1,610.00 |

Nonpriority Creditor's Name

1035 Brice St

Newark, OH 43055

Number Street City State Zip Code

**When was the debt incurred?**  2008-2009

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  Business debt

---

Debtor 1   Garland E. Consoliver
Debtor 2   Elizabeth Ann Consoliver

Case number (if know) _____

| 4.1 1 | **AT&T** | Last 4 digits of account number | Multiple | $14,200.00 |

Nonpriority Creditor's Name
Customer Service
PO Box 755
Atwater, CA 95301-0755
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Business debt
Telephone services

---

| 4.1 2 | **AT&T Advertising Solutions** | Last 4 digits of account number | Multiple | $9,300.00 |

Nonpriority Creditor's Name
208 S Akard St
Dallas, TX 75202
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Business debt
Advertising services

---

| 4.1 3 | Avon Products Inc | Last 4 digits of account number | | $55.00 |

Nonpriority Creditor's Name
13111 Westheimer
4th Floor
Houston, TX 77077
Number Street City State Zip Code

**When was the debt incurred?**    2009

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Merchandise

---

Debtor 1   Garland E. Consoliver
Debtor 2   Elizabeth Ann Consoliver

Case number (if know) _____

| | | |
|---|---|---|
| **4.1 4** | **Baltimore Veterinary Clinic** | |

| | | |
|---|---|---|
| Nonpriority Creditor's Name | Last 4 digits of account number | 6015 | $53.00 |

PO Box 207
8070 Lancaster-Newark Rd
Baltimore, OH 43105
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Veterinary Services

---

| | | |
|---|---|---|
| **4.1 5** | **Blue Technologies** | |

| | | |
|---|---|---|
| Nonpriority Creditor's Name | Last 4 digits of account number | C443 | $2,500.00 |

530 Lakeview Plaza Blvd  Ste A
Columbus, OH 43085
Number Street City State Zip Code

**When was the debt incurred?**   2015

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Business debt

---

| | | |
|---|---|---|
| **4.1 6** | **Bob Bay & Son Inc** | |

| | | |
|---|---|---|
| Nonpriority Creditor's Name | Last 4 digits of account number | 1472 | $30.00 |

c/o TRS Recovery Services Inc
5251 Westheimer
Houston, TX 77056
Number Street City State Zip Code

**When was the debt incurred?**   2008

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Business debt
Insufficient funds check

---

Debtor 1   Garland E. Consoliver
Debtor 2   Elizabeth Ann Consoliver

Case number *(if know)* _____

| 4.1 7 | Buckeye Lending Solutions | Last 4 digits of account number | 1171 | $700.00 |

Nonpriority Creditor's Name
7001 Post Rd  #300
Dublin, OH 43016
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**   2009

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Personal cash loan

---

| 4.1 8 | Canal Winchester Area | Last 4 digits of account number | multiple | $545.00 |

Nonpriority Creditor's Name
Chamber of Commerce
20 N High St
Canal Winchester, OH 43110
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**   2010

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt
Advertising services

---

| 4.1 9 | Capital One | Last 4 digits of account number | | $7,500.00 |

Nonpriority Creditor's Name
Customer Center
PO Box 30256
Salt Lake City, UT 84130-0256
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit card purchases

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor 1  Garland E. Consoliver
Debtor 2  Elizabeth Ann Consoliver

Case number *(if know)* _____

| | | | | |
|---|---|---|---|---|
| **4.2 0** | Cardiovascular Specialists LLC | **Last 4 digits of account number** | 3233 | $15.00 |

Nonpriority Creditor's Name

PO Box 576
Lancaster, OH 43130
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  2014

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Medical Services

---

| | | | | |
|---|---|---|---|---|
| **4.2 1** | Cashland | **Last 4 digits of account number** | 6278 | $373.00 |

Nonpriority Creditor's Name

17 Triangle Park
Cincinnati, OH 45246
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Personal cash loan

---

| | | | | |
|---|---|---|---|---|
| **4.2 2** | Cashland | **Last 4 digits of account number** | multiple | $1,000.00 |

Nonpriority Creditor's Name

17 Triangle Park
Cincinnati, OH 45246
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  2009-2011

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Personal cash loans

---

Debtor 1   Garland E. Consoliver
Debtor 2   Elizabeth Ann Consoliver

Case number (if know) _____

---

| 4.2 3 | CashNet USA | Last 4 digits of account number _____ | $1,900.00 |
|---|---|---|---|

Nonpriority Creditor's Name
200 W Jackson Blvd  #2400
Chicago, IL 60606

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Personal cash loan

---

| 4.2 4 | Central Ohio General Surgeons | Last 4 digits of account number   8522 | $45.00 |
|---|---|---|---|

Nonpriority Creditor's Name
2405 N Columbus St  #250
Lancaster, OH 43130

Number Street City State Zip Code

**When was the debt incurred?**   6/2014

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Medical services

---

| 4.2 5 | Central Ohio Primary Care | Last 4 digits of account number   0083 | $530.00 |
|---|---|---|---|

Nonpriority Creditor's Name
570 Polaris Pkwy  #250
Westerville, OH 43082

Number Street City State Zip Code

**When was the debt incurred?**   2013

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Medical services

---

Debtor 1   Garland E. Consoliver
Debtor 2   Elizabeth Ann Consoliver

Case number *(if know)* _____

| | | |
|---|---|---|
| **4.2 6** | | |

**Certegy**

Nonpriority Creditor's Name

c/o Coface Collections North America Inc
PO Box 1389
Kenner, LA 70063

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____   $55.00

**When was the debt incurred?**   2012

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt
                   Insufficient funds check

---

| | |
|---|---|
| **4.2 7** | |

**Chase**

Nonpriority Creditor's Name

Customer Service
PO Box 15298
Wilmington, DE 19850-5298

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   0722   $3,000.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit card purchases

---

| | |
|---|---|
| **4.2 8** | |

**Chase**

Nonpriority Creditor's Name

Customer Service
PO Box 15298
Wilmington, DE 19850-5298

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   9309   $7,300.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit card purchases

---

Debtor 1  Garland E. Consoliver
Debtor 2  Elizabeth Ann Consoliver

Case number (if know) _____

| | | | |
|---|---|---|---|
| **4.2 9** | Chase | Last 4 digits of account number | 6510 | $175.00 |

Nonpriority Creditor's Name
Customer Service
PO Box 15298
Wilmington, DE 19850-5298
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt

---

| | | | |
|---|---|---|---|
| **4.3 0** | Chase | Last 4 digits of account number | 1495 | $1,400.00 |

Nonpriority Creditor's Name
Customer Service
PO Box 15298
Wilmington, DE 19850-5298
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt

---

| | | | |
|---|---|---|---|
| **4.3 1** | City of Lancaster | Last 4 digits of account number | 1804 | $755.00 |

Nonpriority Creditor's Name
104 E Main St  Room 301
Lancaster, OH 43130
Number Street City State Zip Code

**When was the debt incurred?** 2013

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Unpaid Judgment

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   Garland E. Consoliver

Debtor 2   Elizabeth Ann Consoliver

Case number (if know) _____

---

| 4.3 2 | **Columbus Business First** | **Last 4 digits of account number** | 4570 | $82.00 |

Nonpriority Creditor's Name

303 W Nationwide Blvd
Columbus, OH 43215

Number Street City State Zip Code

**When was the debt incurred?**   2011

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Business debt
Advertising services

---

| 4.3 3 | **Columbus Radiology Corp** | **Last 4 digits of account number** | 8076 | $125.00 |

Nonpriority Creditor's Name

PO Box 713999
Cincinnati, OH 45271

Number Street City State Zip Code

**When was the debt incurred?**   2014

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Medical services

---

| 4.3 4 | **Community Hospitalists LLC** | **Last 4 digits of account number** | 0700 | $3,000.00 |

Nonpriority Creditor's Name

PO Box 72233
Cleveland, OH 44192

Number Street City State Zip Code

**When was the debt incurred?**   2014

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Medical services

---

Debtor 1   Garland E. Consoliver
Debtor 2   Elizabeth Ann Consoliver

Case number (if know) _____

| 4.3 5 | Cracker Barrel 121 | Last 4 digits of account number | 2812 | $30.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
c/o Certegy Payment Recovery
Services
11601 Roosevelt Blvd
Saint Petersburg, FL 33716

**When was the debt incurred?**   2008

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Insufficient funds check

---

| 4.3 6 | Cristy's Pizza | Last 4 digits of account number | 0000 | $50.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
c/o CheckCare
1925 E Dublin Granville Rd  #103
Columbus, OH 43229

**When was the debt incurred?**   2011

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt
Insufficient funds check

---

| 4.3 7 | Culligan of Central Ohio | Last 4 digits of account number | 2373 | $150.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
8260 Howe Industrial Pkwy  Ste H
Canal Winchester, OH 43110

**When was the debt incurred?**   2013

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Services

---

Debtor 1  Garland E. Consoliver
Debtor 2  Elizabeth Ann Consoliver

Case number (if know) _____

| | | |
|---|---|---|
| **4.3 8** | **Defender Direct** | Last 4 digits of account number _____     $830.00 |

Nonpriority Creditor's Name
6100 N Keystone Ave  #654
Indianapolis, IN 46220
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   Security services

---

| | | |
|---|---|---|
| **4.3 9** | **DHL Express Inc** | Last 4 digits of account number   0666     $240.00 |

Nonpriority Creditor's Name
1210 S Pine Island Rd 4th Fl
Fort Lauderdale, FL 33324
Number Street City State Zip Code

When was the debt incurred?   2008

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   Business debt
Shipping services

---

| | | |
|---|---|---|
| **4.4 0** | **Direct TV** | Last 4 digits of account number   2803     $175.00 |

Nonpriority Creditor's Name
Customer Service
PO Box 6550
Greenwood Village, CO 80155-6550
Number Street City State Zip Code

When was the debt incurred?   2013

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   Satellite television services

---

Debtor 1   Garland E. Consolver
Debtor 2   Elizabeth Ann Consolver

Case number (if know) _____

| | | |
|---|---|---|
| **4.4 1** | EMP of Lancaster Ltd | |

Nonpriority Creditor's Name

100 S Owasso Blvd West
Saint Paul, MN 55117
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   multiple                              $900.00

**When was the debt incurred?**   2014

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Medical Services

---

| | | |
|---|---|---|
| **4.4 2** | ETAT Enterprises, LLC | |

Nonpriority Creditor's Name

125 W Wheeling St
Lancaster, OH 43130
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   3121                              $45.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Background Checks

---

| | | |
|---|---|---|
| **4.4 3** | Fairfield Emergency Physicians | |

Nonpriority Creditor's Name

2950 Robertson Ave  #200
Cincinnati, OH 45209
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**                              $600.00

**When was the debt incurred?**   2013

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Medical Services

---

Debtor 1   Garland E. Consoliver
Debtor 2   Elizabeth Ann Consoliver                                              Case number *(if know)*  _____

| 4.4 4 | Fairfield HC Professionals | Last 4 digits of account number | 8847 | $25.00 |

Nonpriority Creditor's Name
1153 East Main St
PO Box 2563
Lancaster, OH 43130
Number Street City State Zip Code

**When was the debt incurred?** 2014

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Medical services

---

| 4.4 5 | Fairfield Medical Center | Last 4 digits of account number | multiple | $5,000.00 |

Nonpriority Creditor's Name
1149 E Main St
Lancaster, OH 43130
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Medical services

---

| 4.4 6 | Federal Express | Last 4 digits of account number | 9560 | $425.00 |

Nonpriority Creditor's Name
PO Box 1140
Memphis, TN 38101-1140
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Business debt
Shipping services

---

Debtor 1   Garland E. Consoliver
Debtor 2   Elizabeth Ann Consoliver

Case number (if know) _____

| 4.4 7 | **Fifth Third Bank** | | |
|---|---|---|---|

Nonpriority Creditor's Name
Customer Service
38 Fountain Square Plaza
Cincinnati, OH 45263
Number Street City State Zip Code

**Last 4 digits of account number** _____ $4,700.00

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Business debt

---

| 4.4 8 | **First Data Merchant Services** | | |
|---|---|---|---|

Nonpriority Creditor's Name
PO Box 1738545
Denver, CO 80217
Number Street City State Zip Code

**Last 4 digits of account number** multiple    $10,500.00

**When was the debt incurred?** 2010

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Business debt
                   Overdrawn account charges

---

| 4.4 9 | **First Medical Urgent & Family Care** | | |
|---|---|---|---|

Nonpriority Creditor's Name
1201 River Valley Blvd
Lancaster, OH 43130
Number Street City State Zip Code

**Last 4 digits of account number** 1153    $55.00

**When was the debt incurred?** 2014

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Medical services

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1   Garland E. Consoliver
Debtor 2   Elizabeth Ann Consoliver

Case number (if know) _____

---

**4.50**

| First Premier Bank | | Last 4 digits of account number | 0506 | | $400.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
Customer Service
PO Box 5524
Sioux Falls, SD 57117-5524

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit card purchases

---

**4.51**

| Fred Fioto | | Last 4 digits of account number | | | $1,270.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
66410 Bethel Rd
New Plymouth, OH 45654

Number Street City State Zip Code

**When was the debt incurred?**   2010

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt
Web site services

---

**4.52**

| GE Money Bank | | Last 4 digits of account number | 7648 | | $500.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
PO Box 981438
El Paso, TX 79998

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit card purchases

---

Debtor 1    Garland E. Consolver
Debtor 2    Elizabeth Ann Consolver                                Case number (if know)  _____

---

| 4.5 3 | Gene's Sign Co | Last 4 digits of account number _____ | $100.00 |

Nonpriority Creditor's Name
310 N Broad St
PO Box 83
Bremen, OH 43107
Number Street City State Zip Code

**When was the debt incurred?**    2012

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Business debt

---

| 4.5 4 | General Surgical Associates | Last 4 digits of account number    0932 | $50.00 |

Nonpriority Creditor's Name
618 Pleasantville Rd  #301
Lancaster, OH 43130-3373
Number Street City State Zip Code

**When was the debt incurred?**    2014

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Medical services

---

| 4.5 5 | Glenn Burns DDS | Last 4 digits of account number    6550 | $76.00 |

Nonpriority Creditor's Name
Jennifer Lape DDS
208 N Columbus St
Lancaster, OH 43130
Number Street City State Zip Code

**When was the debt incurred?**    2013

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Dental services

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   Garland E. Consoliver
Debtor 2   Elizabeth Ann Consoliver

Case number (if know) _____

**4.5 6**

Haines Publishing

Nonpriority Creditor's Name

PO Box 2117
Canton, OH 44720

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   6874                      $350.00

**When was the debt incurred?**   2009

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Business Debt
                   Advertising services

---

**4.5 7**

Heimberger Office Machines

Nonpriority Creditor's Name

664 E Main st
Lancaster, OH 43130

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**                           $1,250.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Business debt

---

**4.5 8**

HP Products Corporation

Nonpriority Creditor's Name

4220 Saguaro Trl
Indianapolis, IN 46268

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   1038                     $4,800.00

**When was the debt incurred?**   2011

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Unpaid Judgment

---

Debtor 1   Garland E. Consolver
Debtor 2   Elizabeth Ann Consolver

Case number (if know) _____

---

**4.59**

**HSBC Card Services**
Nonpriority Creditor's Name
Customer Service
PO Box 80084
Salinas, CA 93912-0084
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   7338                          $500.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit card purchases

---

**4.60**

**HSBC Card Services**
Nonpriority Creditor's Name
Customer Service
PO Box 80084
Salinas, CA 93912-0084
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   5079                          $7,500.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit card purchases - no use in last 90 days

---

**4.61**

**HSBC Retail Services**
Nonpriority Creditor's Name
PO Box 15521
Wilmington, DE 19850-5521
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   2755                          $1,800.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit card purchases

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   Garland E. Consoliver
Debtor 2   Elizabeth Ann Consoliver                                    Case number (if know) _____

---

| 4.6 2 | **Huntington National Bank** | **Last 4 digits of account number** _____ | $1,300.00 |

Nonpriority Creditor's Name
2361 Morse Road
Columbus, OH 43229
Number Street City State Zip Code

**When was the debt incurred?**   201

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Overdrawn checking account

---

| 4.6 3 | **Internal Revenue Service** | **Last 4 digits of account number** 3798 | $6,500.00 |

Nonpriority Creditor's Name
PO Box 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

**When was the debt incurred?**   2009

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Federal income taxes

---

| 4.6 4 | **Internal Revenue Service** | **Last 4 digits of account number** 3876 | $11,115.00 |

Nonpriority Creditor's Name
PO Box 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

**When was the debt incurred?**   2012-2014

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt
Late filing penalties

---

Debtor 1   Garland E. Consolver
Debtor 2   Elizabeth Ann Consolver

Case number (if know) _____

| 4.6 5 | James Gobel | Last 4 digits of account number _____ | $10,000.00 |

Nonpriority Creditor's Name
613 Madison Ave
Lancaster, OH 43130
Number Street City State ZIp Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Personal cash loan

| 4.6 6 | Jon Clark & Associates | Last 4 digits of account number _____ | $2,000.00 |

Nonpriority Creditor's Name
PO Box 1405
Lancaster, OH 43130
Number Street City State ZIp Code

When was the debt incurred?   2012

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Legal services

| 4.6 7 | JPMorgan Chase Bank | Last 4 digits of account number   7452 | $460.00 |

Nonpriority Creditor's Name
PO Box 659754
San Antonio, TX 78265-9754
Number Street City State ZIp Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Overdrawn checking account charges

Debtor 1   Garland E. Consoliver
Debtor 2   Elizabeth Ann Consoliver

Case number (if know) _____

---

| 4.68 | Kroger Check Recovery Center | Last 4 digits of account number | 6611 | $30.00 |

Nonpriority Creditor's Name
PO Box 30650
Salt Lake City, UT 84130
Number Street City State ZIp Code

When was the debt incurred?   2010

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Insufficient funds check

---

| 4.69 | Lancaster Eagle Gazette | Last 4 digits of account number | 9229 | $15.00 |

Nonpriority Creditor's Name
138 W Chestnut St
Lancaster, OH 43130
Number Street City State ZIp Code

When was the debt incurred?   2010

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Newspaper subscription

---

| 4.70 | Lancaster Utilities | Last 4 digits of account number | 5504 | $422.00 |

Nonpriority Creditor's Name
104 East Main Street
PO Box 1099
Lancaster, OH 43130
Number Street City State ZIp Code

When was the debt incurred?

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Utility services

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1  Garland E. Consoliver

Debtor 2  Elizabeth Ann Consoliver

Case number (if know) _____

| 4.7 1 | | |
|---|---|---|

**Lancaster's 90.9FM**

Nonpriority Creditor's Name

201 S Broad St
Studio 301
Lancaster, OH 43130

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     $450.00

**When was the debt incurred?**    2011-2012

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Business debt
Advertising services

---

| 4.7 2 | | |
|---|---|---|

**Lowes / Synchrony Bank**

Nonpriority Creditor's Name

Attn  Bankruptcy Dept
PO Box 965060
Orlando, FL 32896-5060

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    XXXX     $2,000.00

**When was the debt incurred?**    8/2000

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Credit card purchases

---

| 4.7 3 | | |
|---|---|---|

**Macy's Visa**

Nonpriority Creditor's Name

Bankruptcy Processing
PO Box 8053
Mason, OH 45040

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    0756     $8,300.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Credit card purchases

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1   Garland E. Consoliver
Debtor 2   Elizabeth Ann Consoliver

Case number (if know) _____

| 4.7 4 | Magnetic Springs Water Co | Last 4 digits of account number | 0272 | $50.00 |

Nonpriority Creditor's Name
1917 Joyce Ave
PO Box 182076
Columbus, OH 43219

When was the debt incurred?   2012

Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Business debt

---

| 4.7 5 | Media Network of Central Ohio | Last 4 digits of account number | 4252 | $140.00 |

Nonpriority Creditor's Name
PO Box 677302
Dallas, TX 75267

When was the debt incurred?   2012

Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Business debt
                     Advertising services

---

| 4.7 6 | Midland Funding LLC | Last 4 digits of account number | 9309 | $6,700.00 |

Nonpriority Creditor's Name
8875 Aero Dr
San Diego, CA 92123

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Collection action

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    Garland E. Consoliver

Debtor 2    Elizabeth Ann Consoliver

Case number (if know) _____

---

| 4.7 7 | **Minuteman Press** | **Last 4 digits of account number** _____ | $320.00 |

Nonpriority Creditor's Name

135 N Columbus St

Lancaster, OH 43130

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    2013

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Business debt

---

| 4.7 8 | **Mobilex USA** | **Last 4 digits of account number**    7bal,1bal | $185.00 |

Nonpriority Creditor's Name

PO Box 17452

Baltimore, MD 21297-1452

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Medical Services

---

| 4.7 9 | Nationwide Insurance Company | **Last 4 digits of account number**    8568 | $740.00 |

Nonpriority Creditor's Name

One Nationwide Plaza

Columbus, OH 43215

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Insurance premiums

---

Debtor 1  Garland E. Consoliver
Debtor 2  Elizabeth Ann Consoliver

Case number (if know) _____

---

| 4.8 0 | Newspaper Network of Central Ohio | **Last 4 digits of account number** | 4749 | $140.00 |

Nonpriority Creditor's Name
PO Box 713201
Columbus, OH 43271-3201
Number Street City State ZIp Code

**When was the debt incurred?**  2013

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Business debt
Advertising services

---

| 4.8 1 | Ocean Equity Payment Solutions | **Last 4 digits of account number** | 1286 | $36.00 |

Nonpriority Creditor's Name
295 Bendix Rd 320
Virginia Beach, VA 23452-1382
Number Street City State ZIp Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Bankcard

---

| 4.8 2 | Ohio Bureau of Motor Vehicles | **Last 4 digits of account number** | | $50.00 |

Nonpriority Creditor's Name
Attn:  Financial Responsibility Section
PO Box 16520
Columbus, OH 43216-6520
Number Street City State ZIp Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Insufficient funds check

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   Garland E. Consoliver
Debtor 2   Elizabeth Ann Consoliver

Case number (if know) _____

| 4.8 3 | | | |
|---|---|---|---|

**Ohio Bureau of Workers Compensation**
Nonpriority Creditor's Name
Policy No. 1616246
Attn:  Law Section Bankruptcy Unit
PO Box 15567
Columbus, OH 43215-0567
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   2234                                   $110.00

**When was the debt incurred?**   2011

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Worker's Compensation premiums

---

| 4.8 4 | | | |
|---|---|---|---|

**Ohio Department of Taxation**
Nonpriority Creditor's Name
Attn:  Bankruptcy Division
PO Box 530
Columbus, OH 43216
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   3798                                   $2,000.00

**When was the debt incurred?**   2009

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   State income taxes

---

| 4.8 5 | | | |
|---|---|---|---|

**Ohio Neighborhood Finance**
Nonpriority Creditor's Name
845 N Memorial Dr
Lancaster, OH 43130
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   3932                                   $600.00

**When was the debt incurred?**   6/2009

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Personal cash loan

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   Garland E. Consoliver
Debtor 2   Elizabeth Ann Consoliver                                             Case number (if know) _____

| 4.8 6 | Ohio Plumbing Plus | Last 4 digits of account number _____ | $743.00 |

Nonpriority Creditor's Name

323 N Maple St
Lancaster, OH 43130

When was the debt incurred? _____

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Plumbing services

---

| 4.8 7 | Ohio School District Income Tax | Last 4 digits of account number  5996 | $1,000.00 |

Nonpriority Creditor's Name

30 East Broad Street  29th Floor
Columbus, OH 43215-3414

When was the debt incurred?  2009

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   School district income taxes

---

| 4.8 8 | OSU Physicians | Last 4 digits of account number  1114 | $600.00 |

Nonpriority Creditor's Name

PO Box 740727
Cincinnati, OH 45274-0727

When was the debt incurred?  2013

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Medical Services

Debtor 1   Garland E. Consoliver
Debtor 2   Elizabeth Ann Consoliver

Case number (if know) _____

---

**4.8 9**

**Paychex of New York LLC**
Nonpriority Creditor's Name
5450 Frantz Rd  #100
Dublin, OH 43016
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   6749                          $350.00

**When was the debt incurred?**   2012

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt
                                  Payroll processing services

---

**4.9 0**

**PayPal Credit / Synchrony Bank**
Nonpriority Creditor's Name
Attn Bankruptcy Dept
PO Box 965060
Orlando, FL 32896-5060
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   6289                          $1,100.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Credit card purchases

---

**4.9 1**

**Personnel Concepts**
Nonpriority Creditor's Name
PO Box 5750
Carol Stream, IL 60197-5750
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   6912                          $212.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    Garland E. Consoliver
Debtor 2    Elizabeth Ann Consoliver                                    Case number (if know) _____

| 4.9 2 | Physicians Care Inc | Last 4 digits of account number | 5304 | $320.00 |

Nonpriority Creditor's Name
PO Box 748
Lancaster, OH 43130
Number Street City State Zip Code

**When was the debt incurred?** 2014

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Medical services

| 4.9 3 | RCL Finance Inc | Last 4 digits of account number | | $1,430.00 |

Nonpriority Creditor's Name
7001 Post Rd  #300
Dublin, OH 43016
Number Street City State Zip Code

**When was the debt incurred?** 2011

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Personal cash loan

| 4.9 4 | Reference Laboratory Services | Last 4 digits of account number | 2494 | $150.00 |

Nonpriority Creditor's Name
PO Box 1076
Lancaster, OH 43130
Number Street City State Zip Code

**When was the debt incurred?** 2009

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Medical services

Debtor 1   Garland E. Consoliver
Debtor 2   Elizabeth Ann Consoliver                                              Case number (if know) _____

---

| 4.9 5 | Risch Home Health Care Inc | Last 4 digits of account number | 9412 | $150.00 |

Nonpriority Creditor's Name
622 W Fair Ave
Lancaster, OH 43130

**When was the debt incurred?** 2015

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   Medical supplies

---

| 4.9 6 | Riverwalk Holdings Ltd | Last 4 digits of account number | 5117 | $100.00 |

Nonpriority Creditor's Name
c/o Velocity Investments LLC
1800 Route 34N  #404A
Belmar, NJ 07719

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   Business debt

---

| 4.9 7 | RJ Schinner | Last 4 digits of account number | | $205.00 |

Nonpriority Creditor's Name
4001 Gantz Rd  Ste E
Grove City, OH 43123

**When was the debt incurred?** 2014

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   Business debt

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Debtor 1   Garland E. Consoliver

Debtor 2   Elizabeth Ann Consoliver

Case number (if know) _____

---

| 4.98 | Rose Products and Services | Last 4 digits of account number | 4796 | $733.00 |

Nonpriority Creditor's Name
PO Box 871065
Kansas City, MO 64187-1065
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Cleaning Services

---

| 4.99 | Royal Publishing | Last 4 digits of account number | 4675 | $200.00 |

Nonpriority Creditor's Name
7620 N Harker Dr
Peoria, IL 61615-1849
Number Street City State Zip Code

**When was the debt incurred?**   2009-2012

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt
Advertising services

---

| 4.100 | Sears / Synchrony Bank | Last 4 digits of account number | 2690 | $11,500.00 |

Nonpriority Creditor's Name
Bankruptcy Dept
PO Box 965061
Orlando, FL 32896
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit card purchases

---

Debtor 1   Garland E. Consoliver

Debtor 2   Elizabeth Ann Consoliver

Case number (if know) _____

---

| 4.1 01 | **Sirius XM Radio Inc.** | **Last 4 digits of account number** | 9924 | | $30.00 |

Nonpriority Creditor's Name

PO Box 33174

Detroit, MI 48232

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Subscription charges

---

| 4.1 02 | **Slaters Inc** | **Last 4 digits of account number** | 5338 | | $94.00 |

Nonpriority Creditor's Name

1141 N Memorial Dr

PO Box 489

Lancaster, OH 43130

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** 2012

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Business debt
Locksmith services

---

| 4.1 03 | **Sysco Cincinnati LLC** | **Last 4 digits of account number** | 5473 | | $15,000.00 |

Nonpriority Creditor's Name

PO Box 6066

Cincinnati, OH 45262-0066

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** 2012

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Business debt

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   Garland E. Consoliver
Debtor 2   Elizabeth Ann Consoliver

Case number (if know) _____

| | |
|---|---|
| **4.1 04** | |

TeleCheck Services Inc
Nonpriority Creditor's Name
PO Box 60028
City of Industry, CA 91716-0028
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   5383

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt

$150.00

---

| | |
|---|---|
| **4.1 05** | |

Telecheck Services, Inc
Nonpriority Creditor's Name
PO Box 1099
Englewood, CO 80150-1099
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   8951

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt

$175.00

---

| | |
|---|---|
| **4.1 06** | |

The Lutheran Journal
Nonpriority Creditor's Name
PO Box 28158
Saint Paul, MN 55128
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   2441

**When was the debt incurred?**   2009

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt
Advertising services

$250.00

Debtor 1    Garland E. Consolver
Debtor 2    Elizabeth Ann Consolver                                    Case number (if know) _____

| | | | |
|---|---|---|---|

**4.1 07**

The Sign Company

Nonpriority Creditor's Name

3810 Columbus Lancaster Rd NW
Carroll, OH 43112

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    $55.00

When was the debt incurred?    2013

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt

---

**4.1 08**

Tho Do LLC

Nonpriority Creditor's Name

c/o TRS Recovery Services Inc
5251 Westheimer
Houston, TX 77056

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    5051                    $125.00

When was the debt incurred?    2012

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt
Insufficient funds check

---

**4.1 09**

Time Warner Cable

Nonpriority Creditor's Name

1015 Olentangy River Rd
Columbus, OH 43212-3148

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    5304                    $500.00

When was the debt incurred?    2013

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Cable television services

Debtor 1  Garland E. Consolver
Debtor 2  Elizabeth Ann Consolver

Case number (if know) _____

| 4.1 10 | ULine | Last 4 digits of account number | 4263 | $255.00 |

Nonpriority Creditor's Name
2200 S Lakeside Dr
Waukegan, IL 60085

**When was the debt incurred?**  2010

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
■ Debtor 1 and Debtor 2 only
☐ Unliquidated
☐ At least one of the debtors and another
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify     Business debt
                     Supplies

---

| 4.1 11 | United Collection Bureau Inc | Last 4 digits of account number | 6716 | $410.00 |

Nonpriority Creditor's Name
5620 Southwyck Blvd  #206
Toledo, OH 43614

**When was the debt incurred?**  2010

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
■ Debtor 1 and Debtor 2 only
☐ Unliquidated
☐ At least one of the debtors and another
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify     Collection action

---

| 4.1 12 | United States Postal Service | Last 4 digits of account number | | $55.00 |

Nonpriority Creditor's Name
475 L'Enfant Plaza SW RM 4012
Washington, DC 20060

**When was the debt incurred?**  2008

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
■ Debtor 1 and Debtor 2 only
☐ Unliquidated
☐ At least one of the debtors and another
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify     Business debt
                     Shipping services

---

Debtor 1   Garland E. Consoliver

Debtor 2   Elizabeth Ann Consoliver

Case number (if know) _____

---

| 4.1 13 | UPS | Last 4 digits of account number _____ | $115.00 |

**Nonpriority Creditor's Name**
55 Glenlake Pkwy NE
Atlanta, GA 30328
Number Street City State Zip Code

**When was the debt incurred?**   2012

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt
                           Shipping services

---

| 4.1 14 | US Bank | Last 4 digits of account number   6618 | $1,600.00 |

**Nonpriority Creditor's Name**
Customer Service
PO Box 2188
Oshkosh, WI 54903-2188
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt

---

| 4.1 15 | Wells Fargo | Last 4 digits of account number   9286 | $4,200.00 |

**Nonpriority Creditor's Name**
Correspondence
PO Box 10335
Des Moines, IA 50306
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit card purchases

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.** For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you

Debtor 1   Garland E. Consoliver

Debtor 2   Elizabeth Ann Consoliver

Case number (if know)

**have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| ABC Amega Inc.<br>1100 Main Street<br>Buffalo, NY 14209-2356 | Line **4.46** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Accord Creditor Services, LLC<br>PO Box 10002<br>Newnan, GA 30271 | Line **4.11** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| AG Adjustments<br>740 Walt Whitman Rd<br>Melville, NY 11747 | Line **4.110** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Alliance One<br>Correspondence<br>4850 Street Rd  #300<br>Trevose, PA 19053 | Line **4.112** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Allied Interstate LLC<br>Correspondence<br>PO Box 361445<br>Columbus, OH 43236 | Line **4.113** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Asset Acceptance Corp<br>PO Box 2036<br>Warren, MI 48090-2036 | Line **4.47** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Asset Acceptance Corp<br>PO Box 2036<br>Warren, MI 48090-2036 | Line **4.50** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Asset Recovery Solutions LLC<br>2200 E Devon Ave  #200<br>Des Plaines, IL 60018 | Line **4.50** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Associated Credit Services Inc<br>105B South St<br>PO Box 9100<br>Hopkinton, MA 01748 | Line **4.115** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Biehl & Biehl Inc<br>PO Box 87410<br>Carol Stream, IL 60188 | Line **4.80** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Bischoff Martingayle P.C.<br>PO Box 1193<br>Virginia Beach, VA 23451-0193 | Line **4.81** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1 Garland E. Consoliver

Debtor 2 Elizabeth Ann Consoliver

Case number (if know) _____

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Buckeye Credit Solutions<br>7001 Post Rd #300<br>Dublin, OH 43016 | Line 4.93 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| CAC Financial Corp<br>2601 NW Expressway # 1000 East<br>Oklahoma City, OK 73112-7236 | Line 4.90 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Capital Management Services Inc<br>726 Exchange Street #700<br>Buffalo, NY 14210 | Line 4.114 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| CBCS<br>PO Box 163279<br>Columbus, OH 43216-3279 | Line 4.45 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| CBCS<br>PO Box 163279<br>Columbus, OH 43216-3279 | Line 4.43 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| CBCS<br>PO Box 163279<br>Columbus, OH 43216-3279 | Line 4.88 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| CBNA<br>PO Box 550<br>Dickson, TN 37056 | Line 4.3 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| CCB Credit Services<br>5300 S 6th Street<br>Springfield, IL 62703 | Line 4.62 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Central Credit Services Inc<br>PO Box 15118<br>Jacksonville, FL 32239-5118 | Line 4.100 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Choice Recovery<br>1550 Old Henderson Rd #100<br>Columbus, OH 43220-3662 | Line 4.49 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Christy Moore<br>646 E Chestnut St<br>Lancaster, OH 43130 | Line 4.65 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

Name and Address                    On which entry in Part 1 or Part 2 did you list the original creditor?

Debtor 1   Garland E. Consoliver

Debtor 2   Elizabeth Ann Consoliver

Case number (if know) _____

| | |
|---|---|
| CISCO, Inc<br>PO Box 801088<br>Houston, TX 77280-1088 | Line 4.11 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>Client Services Inc<br>3451 Harry Truman Blvd<br>Saint Charles, MO 63301-4047 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.47 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>Commercial Collectors Inc<br>PO Box 337<br>Montrose, MN 55363 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.58 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>Corporate Collection Services<br>PO Box 1500<br>Henrietta, NY 14467 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.89 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>Cox Law Office LLC<br>4930 Reed Rd  #220<br>Columbus, OH 43220 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.95 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>Credit Control LLC<br>5757 Phantom Drive Ste 330<br>Hazelwood, MO 63042 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.12 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>Credit Management Inc<br>4200 International Parkway<br>Carrollton, TX 75007-1906 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.109 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>Credit Protection Association LP<br>13355 Noel Road<br>Dallas, TX 75240 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.109 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>Credit Solutions LLC<br>2277 Thunderstick Dr  #400<br>Lexington, KY 40505-9002 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.45 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>Crestwood Mgmt LLC<br>PO Box 22630<br>Beachwood, OH 44122 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.88 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>D Scott Carruthers<br>Attorneys at Law<br>8448 Katella Ave  #100<br>Stanton, CA 90680 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.114 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>Diversified Credit Service Inc<br>PO Box 21726 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.7 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Debtor 1   Garland E. Consoliver

Debtor 2   Elizabeth Ann Consoliver

Case number (if know) _____

Cleveland, OH 44121

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>Donald A Cox Esq<br>605 N High St  #305<br>Columbus, OH 43215 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.114 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>Enhanced Recovery Company LLC<br>Correspondence<br>PO Box 57610<br>Jacksonville, FL 32241 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.11 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>EOS CCA<br>Correspondence<br>PO Box 439<br>Norwell, MA 02061-0439 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.109 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>ERC<br>PO Box 23870<br>Jacksonville, FL 32241-3870 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.109 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>Escallate LLC<br>5200 Stoneham Rd  #200<br>Canton, OH 44720 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.41 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>Firstsource Advantage LLC<br>205 Bryant Woods S<br>Amherst, NY 14228 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.67 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>Firstsource Advantage LLC<br>205 Bryant Woods S<br>Amherst, NY 14228 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.29 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>FMS Inc<br>4915 S Union Ave<br>Tulsa, OK 74107 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.73 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>Focus Receivables Management<br>1130 Northchase Pkwy  #150<br>Marietta, GA 30067-6420 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.12 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>Franklin Collection Service Inc<br>PO Box 3910<br>Tupelo, MS 38803-3910 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.11 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>General Revenue Corporation<br>11501 Northlake Dr<br>Cincinnati, OH 45249-1643 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 2.3 of (Check one):<br>■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Debtor 1  Garland E. Consoliver

Debtor 2  Elizabeth Ann Consoliver

Case number (if know) _____

Last 4 digits of account number

---

**Name and Address**
Harold E. Scherr
1064 Greenwood Blvd 328
Lake Mary, FL 32746

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.76 of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Hillcrest Davidson & Associates
850 N Dorothy Dr  #512
Richardson, TX 75081

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.38 of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Hohmann, Boukis & Curtis CO., L.P.A.
1370 Ontario St  #520
Cleveland, OH 44113-1701

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.58 of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
IC System Inc
444 Highway 96 East
PO Box 64378
Saint Paul, MN 55164-0378

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.11 of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
IC System Inc
444 Highway 96 East
PO Box 64378
Saint Paul, MN 55164-0378

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.29 of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Imperial Commercial
397 N Litchfield Rd  #113
Goodyear, AZ 85338

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.114 of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Integrity Financial Partners Inc
4370 W 109th St  #100
Overland Park, KS 66211

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.67 of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Integrity Financial Partners Inc
4370 W 109th St  #100
Overland Park, KS 66211

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.30 of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Integrity Solution Services Inc
20 Corporate Hills Dr
Saint Charles, MO 63301

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.29 of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
JC Christensen & Associates Inc
PO Box 519
Sauk Rapids, MN 56379-0519

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.100 of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
JL Russell & Associates Ltd
13700 State Rd  #4
North Royalton, OH 44133

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.56 of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    Garland E. Consoliver
Debtor 2    Elizabeth Ann Consoliver

Case number (if know) _____

| | |
|---|---|
| **Name and Address**<br>JP Recovery Services Inc<br>PO Box 1022<br>Wixom, MI 48393-1022 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.34** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Name and Address**<br>Keith D Weiner & Associates<br>75 Public Square  4th Floor<br>Cleveland, OH 44113 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.31** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Name and Address**<br>Law Offices of Mitchell N Kay PC<br>PO Box 9006<br>Smithtown, NY 11787-9006 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.3** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Name and Address**<br>Leading Edge Recovery Solutions LLC<br>5440 N Cumberland Ave  #300<br>Chicago, IL 60656-1490 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.100** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Name and Address**<br>Levy & Associates<br>4645 Executive Drive<br>Columbus, OH 43220 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.100** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Name and Address**<br>LP Investments<br>PO Box 1987<br>Colleyville, TX 76034 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.27** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Name and Address**<br>LVNV Funding<br>Universal Fidelity LP<br>PO Box 10497<br>Greenville, SC 29603 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.100** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Name and Address**<br>Meade & Associates Inc<br>737 Enterprise Drive<br>Westerville, OH 43081 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.95** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Name and Address**<br>Mercantile Adjustment Bureau Inc.<br>PO Box 9016<br>Buffalo, NY 14231-9016 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.27** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Name and Address**<br>Mercantile Adjustment Bureau,LLC<br>165 Lawrence Bell Drive 100<br>Williamsville, NY 14221-7900 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.5** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Name and Address**<br>Midland Credit Management Inc<br>2365 Northside Dr  #300<br>San Diego, CA 92108 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.76** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Name and Address**<br>Midland Credit Management Inc | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.28** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims |

Debtor 1   Garland E. Consolver
Debtor 2   Elizabeth Ann Consolver

Case number (if know) _____

2365 Northside Dr  #300
San Diego, CA 92108

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Midland Credit Management Inc<br>2365 Northside Dr  #300<br>San Diego, CA 92108 | Line 4.90 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Midland Credit Management Inc<br>2365 Northside Dr  #300<br>San Diego, CA 92108 | Line 4.50 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| MRS Associates<br>1930 Olney Ave<br>Cherry Hill, NJ 08003 | Line 4.19 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| National Credit Adjusters<br>327 W 4th St<br>Hutchinson, KS 67504-3023 | Line 4.23 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Nationwide Credit Inc<br>4700 Vestal Pkwy E<br>Vestal, NY 13850-3770 | Line 4.40 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Nationwide Credit, Inc<br>PO Box 26314<br>Lehigh Valley, PA 18002 | Line 4.67 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| NCO Financial Systems<br>507 Prudential Road<br>Horsham, PA 19044 | Line 4.48 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| NCO Financial Systems<br>507 Prudential Road<br>Horsham, PA 19044 | Line 4.90 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| NCO Financial Systems<br>507 Prudential Road<br>Horsham, PA 19044 | Line 4.39 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Northland Group<br>PO Box 390905<br>Minneapolis, MN 55439 | Line 4.73 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Ohio Attorney General's Office<br>Revenue Recovery/Collections<br>Enforcement<br>150 E Gay St  21st Fl | Line 4.87 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Debtor 1   Garland E. Consoliver

Debtor 2   Elizabeth Ann Consoliver

Case number (if know) _____

Columbus, OH 43215

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>Ohio Attorney General's Office<br>Revenue Recovery/Collections<br>Enforcement<br>150 E Gay St  21st Fl<br>Columbus, OH 43215 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.82** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>Ohio Attorney General's Office<br>Revenue Recovery/Collections<br>Enforcement<br>150 E Gay St  21st Fl<br>Columbus, OH 43215 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.88** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>Ohio Bureau of Workers<br>Compensation<br>Attorney General of Ohio<br>Collections Enforcement Section<br>150 East Gay St  21st Fl<br>Columbus, OH 43215 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.83** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>Ohio Department of Taxation<br>c/o Attorney General of Ohio<br>Collections Enforcement Section<br>150 East Gay Street  21st Fl<br>Columbus, OH 43215 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **2.3** of (Check one):<br>☒ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>Ohio Department of Taxation<br>c/o Attorney General of Ohio<br>Collections Enforcement Section<br>150 East Gay Street  21st Fl<br>Columbus, OH 43215 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.84** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>P&B Capital Group LLC<br>461 Ellicott St  3rd Fl<br>Buffalo, NY 14203 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.60** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>Pinnacle Financial Group Inc<br>7825 Washington Ave S  #410<br>Minneapolis, MN 55439-2409 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.50** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>Plaza Associates<br>370 Seventh Avenue<br>New York, NY 10001 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.73** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>Plaza Associates<br>370 Seventh Avenue<br>New York, NY 10001 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.3** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |

Debtor 1  Garland E. Consoliver

Debtor 2  Elizabeth Ann Consoliver

Case number (if know) _____

| | |
|---|---|
| Plaza Associates<br>370 Seventh Avenue<br>New York, NY 10001 | Line 4.62 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>Prince Parker & Associates<br>PO Box 474690<br>Charlotte, NC 28247 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.12 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>Prince-Parker & Associates Inc<br>6625 Crown Cresent Court<br>PO Box 474690<br>Charlotte, NC 28247-4690 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.11 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>Professional Debt Mediation Inc<br>PO Box 550-0979<br>Jacksonville, FL 32255 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.22 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>Professional Debt Meditation, Inc.<br>PO Box 550-0979<br>Jacksonville, FL 32255-0979 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.21 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>Rauch-Milliken International Inc<br>PO Box 8390<br>Metairie, LA 70011 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.97 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>RBC<br>283 Glessner Ave<br>PO Box 1548<br>Mansfield, OH 44901-1548 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.25 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>Receivable Management Services<br>4836 Brecksville Rd<br>PO Box 523<br>Richfield, OH 44286 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.91 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>Receivables Performance<br>Management<br>20816 44th Ave W<br>Lynnwood, WA 98036 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.60 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>Regent Asset Management Solutions<br>7290 Samuel Dr  #300<br>Denver, CO 80221 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.114 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>Reliant Capital Solutions LLC<br>750 Cross Pointe Road Suite G<br>Columbus, OH 43230-6692 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.87 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

Debtor 1    Garland E. Consolver

Debtor 2    Elizabeth Ann Consolver

Case number (if know) _____

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Line 4.100 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Revenue Group<br>4780 Hinckley Industrial Pkwy #200<br>Cleveland, OH 44109 | Line 4.88 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Revenue Recovery Corp<br>6207 Summer Ave<br>PO Box 341308<br>Memphis, TN 38184-1308 | Line 4.33 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| RJ Schinner - Menomonee Falls<br>N89 W14700 Patrita Dr<br>Menomonee Falls, WI 53051 | Line 4.97 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Rossman & Co<br>PO Box 2051<br>New Albany, OH 43054 | Line 4.45 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Sentry Credit Inc<br>2809 Grand Ave<br>Everett, WA 98201 | Line 4.3 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Simm Associates Inc<br>800 Pencader Dr<br>Newark, DE 19702 | Line 4.100 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| SKO Brenner American<br>40 Daniel St<br>Farmingdale, NY 11735 | Line 4.2 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Slater, Tenaglia, Fritz & Hunt, P.A.<br>PO Box 8500<br>Philadelphia, PA 19178-2431 | Line 4.91 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Source Receivables Management<br>4615 Dundas Dr  #102<br>Greensboro, NC 27407 | Line 4.5 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Southwest Credit<br>4120 International Pkwy  #1100<br>Carrollton, TX 75007 | Line 4.11 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Stern Recovery Services Inc | Line 4.33 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims |

Debtor 1   Garland E. Consoliver
Debtor 2   Elizabeth Ann Consoliver _____     Case number (if know) _____

415 N Edgeworth St  #210
Greensboro, NC 27401

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Sunrise Credit Services Inc
PO Box 9100
Farmingdale, NY 11735-9100

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.13** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Synter Resource Group LLC
5935 Rivers Ave  #102
North Charleston, SC 29406

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.39** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Tate & Kirlin Associates
2810 Southampton Rd
Philadelphia, PA 19154

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.2** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
The CBE Group Inc
131 Tower Park  #100
PO Box 2635
Waterloo, IA 50704-2635

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.40** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Thomas & Thomas
2323 Park Avenue
Cincinnati, OH 45206-2711

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.19** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Transworld Systems Inc
507 Prudential Rd
Horsham, PA 19044

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.98** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
United Collection Bureau
PO Box 165009
Columbus, OH 43216-5009

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.88** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
United Recovery Systems
5800 North Course Dr
Houston, TX 77072

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.30** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
US Attorney
303 Marconi Blvd  #200
Columbus, OH 43215

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.63** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
US Attorney
303 Marconi Blvd  #200
Columbus, OH 43215

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (Check one):
■ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
US Attorney
303 Marconi Blvd  #200
Columbus, OH 43215

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.64** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   Garland E. Consoliver

Debtor 2   Elizabeth Ann Consoliver

Case number (if know) _____

| | |
|---|---|
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| US Attorney General<br>Main Justice Building  Room 5111<br>10th & Constitution Avenue NW<br>Washington, DC 20530 | Line 4.63 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| US Attorney General<br>Main Justice Building  Room 5111<br>10th & Constitution Avenue NW<br>Washington, DC 20530 | Line 2.1 of (Check one):<br>■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| US Attorney General<br>Main Justice Building  Room 5111<br>10th & Constitution Avenue NW<br>Washington, DC 20530 | Line 4.64 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Velocity Investments LLC<br>1800 Route 34 N  Ste 404A<br>Wall, NJ 07719 | Line 4.27 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Weltman Weinberg & Reis Co LPA<br>PO Box 93596<br>Cleveland, OH 44101-5596 | Line 4.76 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Weltman Weinberg & Reis Co LPA<br>323 West Lakeside Ave  #200<br>Cleveland, OH 44113-1099 | Line 4.31 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Weltman Weinberg & Reis Co LPA<br>3705 Marlane Dr<br>Grove City, OH 43123 | Line 4.62 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| West Asset Management<br>7171 Mercy Rd  #100<br>Omaha, NE 68105-2535 | Line 4.30 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Wolkin Law Group<br>235 W Giaconda Way  #217<br>Tucson, AZ 85704 | Line 4.103 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

## Part 4:   Add the Amounts for Each Type of Unsecured Claim

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 1,570.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |

Debtor 1   Garland E. Consoliver
Debtor 2   Elizabeth Ann Consoliver                                    Case number (if know) _____

| | | | | | |
|---|---|---|---|---|---|
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 1,570.00 |

|  | | | | **Total Claim** | |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 206,395.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 206,395.00 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Garland E. Consoliver |
| | First Name          Middle Name          Last Name |
| Debtor 2 | Elizabeth Ann Consoliver |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.    **Do you have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.    **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| Name, Number, Street, City, State and ZIP Code | |
| 2.1  Acceptance Now<br>Attn: Chief Financial Officer<br>1860 N Memorial Dr<br>Lancaster, OH 43130 | Rent-to-Own purchase agreement of Washer, Dryer & Refrigerator<br>  See Chapter 13 Plan for treatment |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Garland E. Consoliver |
| | First Name      Middle Name      Last Name |
| Debtor 2 | Elizabeth Ann Consoliver |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories include* Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| **3.1** _____<br>Name<br><br>_____<br>Number   Street<br>_____<br>City      State      ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br><br>_____<br>Number   Street<br>_____<br>City      State      ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Garland E. Consoliver |
| Debtor 2 (Spouse, if filing) | Elizabeth Ann Consoliver |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                    12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:        Describe Employment

| | | | |
|---|---|---|---|
| 1. | **Fill in your employment information.** | **Debtor 1** | **Debtor 2 or non-filing spouse** |
| | If you have more than one job, attach a separate page with information about additional employers. | **Employment status**  ☐ Employed  ■ Not employed | ■ Employed  ☐ Not employed |
| | Include part-time, seasonal, or self-employed work. | **Occupation**  Disabled | Health care aide |
| | Occupation may include student or homemaker, if it applies. | **Employer's name** | A Plus Home Health Care Agency LLC |
| | | **Employer's address** | 2238 S Hamilton Rd  #100 Columbus, OH 43232 |
| | | **How long employed there?** | 2 months  /  paid bi-weekly |

### Part 2:        Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. $          0.00 | $          796.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$          0.00 | +$          0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $          0.00 | $          796.00 |

| Debtor 1 | Garland E. Consoliver | | |
|---|---|---|---|
| Debtor 2 | Elizabeth Ann Consoliver | | Case number (if known) |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 0.00 | $ 796.00 |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 92.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ 0.00 |

| | | | |
|---|---|---|---|
| **6. Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 92.00 |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 704.00 |

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 1,401.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: Family Assistance (see below) | 8h.+ | $ 0.00 + | $ 968.00 |

| | | | |
|---|---|---|---|
| **9. Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 1,401.00 | $ 968.00 |

| | | | | | |
|---|---|---|---|---|---|
| **10. Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 1,401.00 + | $ 1,672.00 = | $ 3,073.00 |

**11. State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
Specify: _____

| | |
|---|---|
| 11. +$ | 0.00 |

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies

| | |
|---|---|
| 12. $ | 3,073.00 |

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

☐ No.

■ Yes. Explain:

> Debtor-Wife recently commenced employment as a home healthcare aide. As her employment progresses, she will obtain more clients and her income will increase. As her income increases, the family assistance will decrease. Debtors' Chapter 13 Plan provides for a graduated plan payment that increases after 1 year as Debtors anticipate that their income will be stable and sufficient to enable a higher payment at that time.

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Garland E. Consoliver |
| Debtor 2 (Spouse, if filing) | Elizabeth Ann Consoliver |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                              12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

      ■ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ■ No

   Do not list Debtor 1 and Debtor 2.    ☐ Yes.  Fill out this information for each dependent..............

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No   ☐ Yes |
   | _____ | _____ | ☐ No   ☐ Yes |
   | _____ | _____ | ☐ No   ☐ Yes |
   | _____ | _____ | ☐ No   ☐ Yes |
   | _____ | _____ | ☐ No   ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.       4. $ _____ 0.00

   **If not included in line 4:**

   4a.  Real estate taxes                                                          4a. $ _____ 0.00
   4b.  Property, homeowner's, or renter's insurance                               4b. $ _____ 0.00
   4c.  Home maintenance, repair, and upkeep expenses                              4c. $ _____ 100.00
   4d.  Homeowner's association or condominium dues                                4d. $ _____ 0.00
5. **Additional mortgage payments for your residence,** such as home equity loans  5. $ _____ 0.00

| Debtor 1 | Garland E. Consoliver | | |
|---|---|---|---|
| Debtor 2 | Elizabeth Ann Consoliver | | Case number (if known) |

| 6. | **Utilities:** | | | |
|---|---|---|---|---|
| | 6a. | Electricity, heat, natural gas | 6a. $ | 200.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 100.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 228.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 250.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 50.00 |
| 10. | **Personal care products and services** | | 10. $ | 75.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 50.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.  Do not include car payments. | | 12. $ | 125.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.**  Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 137.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 133.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.  Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.**  Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify:   Pet Care | | 21. +$ | 25.00 |

| 22. | **Calculate your monthly expenses** | | |
|---|---|---|---|
| | 22a. Add lines 4 through 21. | $ | 1,473.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 1,473.00 |

| 23. | **Calculate your monthly net income.** | | |
|---|---|---|---|
| | 23a. Copy line 12 (your combined monthly income) from Schedule I. | 23a. $ | 3,073.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 1,473.00 |
| | 23c. Subtract your monthly expenses from your monthly income.  The result is your monthly net income. | 23c. $ | 1,600.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.    Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Garland E. Consoliver |
| | First Name        Middle Name        Last Name |
| Debtor 2 | Elizabeth Ann Consoliver |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number | |
| (if known) | |

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X /s/ Garland E. Consoliver | X /s/ Elizabeth Ann Consoliver |
|---|---|
| Garland E. Consoliver | Elizabeth Ann Consoliver |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date   April 28, 2016 | Date   April 28, 2016 |

Official Form 106Dec              **Declaration About an Individual Debtor's Schedules**

<u>LBR Form 2016-1(b)</u>

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

In re:                                                                    Case No.
Garland E. Consoliver
Elizabeth Ann Consoliver                                         Chapter 13

                                    *Debtor(s)*                     Judge

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
## AND APPLICATION FOR ALLOWANCE OF FEES IN CHAPTER 13 CASE

**I.    Disclosure**

1.    Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept .......................................... $ _____3,500.00_____

Prior to the filing of this statement I have received ...................... $ _____1,000.00_____

Balance Due .......................................................................................... $ _____2,500.00_____

2.    $ __310.00__  of the filing fee has been paid.

3.    The source of the compensation paid to me was:

        ■ Debtor        ☐ Other (specify):

4.    The source of compensation to be paid to me is:

        ■ Debtor        ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other persons unless they are members and/or associates of my law firm.

        ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

**II.    Application**

6.    I hereby apply for an allowance of fees in the amount set forth above. I understand and agree that the Court may approve, without itemization, an allowance of fees not to exceed $3,500, for rendering the legal services set forth below. If I seek payment of fees in excess of $3,500, I will file a separate application that sets forth the total amount of the fee requested, and that includes an itemization of all legal services performed, the hourly rate at which the services were performed, and the actual time spent by the case attorney, any other attorney, paralegal or professional person for whom fees are sought. Any request for reimbursement of expenses shall include an itemization of the expenses.

        a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether, and under what chapter, to file a petition in bankruptcy;
        b.    Preparation and filing of any petition, schedules, statement of affairs and amendments thereto that may be required;
        c.    Preparation and filing of chapter 13 plan, and any pre-confirmation amendments thereto that may be required;
        d.    Preparation and filing of payroll orders and amended payroll orders;
        e.    Representation of the debtor at the meeting of creditors and confirmation hearing; and any continued hearings thereof;
        f.    Filing of address changes;
        g.    Routine phone calls and questions;
        h.    Review of claims;

i.     Review of notice of intention to pay claims;

j.     Preparation and filing of objections to non-real estate and non-tax claims;

k.     Preparation and filing of first motion to suspend or reduce payments;

l.     Preparation and filing of debtor's certification regarding issuance of discharge order; and

m.     Any other duty as required by local decision or policy.

All fees are charged at $300.00 per hour for Attorney Zellar, $225.00 per hour for Associate Counsel, and $110.00 per hour for paralegal time from the inception of the case through confirmation.  Extraordinary fees are subject to Court approval at the requested hourly rate(s).

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

| | |
|---|---|
| April 28, 2016 | /s/ Crystal I. Zellar |
| Date | Crystal I. Zellar |

Signature of Attorney
#0038785
Zellar & Zellar, Attorneys at Law, Inc.
720 Market Street
Zanesville, OH 43701
(740) 452-8439
Fax: (740) 450-8499
mail@ZellarLaw.com

ABC Amega Inc.
1100 Main Street
Buffalo NY 14209-2356

Acceptance Now
Attn: Chief Financial Officer
1860 N Memorial Dr
Lancaster OH 43130

Accord Creditor Services, LLC
PO Box 10002
Newnan GA 30271

ACM Ohio LLC
Messenger Publishing Co
9300 Johnson Rd
Athens OH 45701

ADT Security Services
3190 S Vaughn Way
Aurora CO 80014

Advanta Business Card
Attn Collection Services
PO Box 844
Spring House PA 19477-0844

Advertiser
PO Box 3007
Newark OH 43058

AEP
PO Box 24401
Canton OH 44701-4401

AG Adjustments
740 Walt Whitman Rd
Melville NY 11747

Alarmforce
675 Garyray Dr
Toronto  ON  M9L 1R2

Alliance One
Correspondence
4850 Street Rd  #300
Trevose PA 19053

Allied Interstate LLC
Correspondence
PO Box 361445
Columbus OH 43236

American Consolidated Media
7301 State Highway 161 #270
Irving TX 75039

American Diagnostic Services
PO Box 62510
Baltimore MD 21264-2510

Apostolic Publishing Co
7010 6th Street N
Saint Paul MN 55128

Arwebb Office Plus
1035 Brice St
Newark OH 43055

Asset Acceptance Corp
PO Box 2036
Warren MI 48090-2036

Asset Recovery Solutions LLC
2200 E Devon Ave #200
Des Plaines IL 60018

Associated Credit Services Inc
105B South St
PO Box 9100
Hopkinton MA 01748

AT&T
Customer Service
PO Box 755
Atwater CA 95301-0755

AT&T Advertising Solutions
208 S Akard St
Dallas TX 75202

Avon Products Inc
13111 Westheimer
4th Floor
Houston TX 77077

Baltimore Veterinary Clinic
PO Box 207
8070 Lancaster-Newark Rd
Baltimore OH 43105

Biehl & Biehl Inc
PO Box 87410
Carol Stream IL 60188

Bischoff Martingayle P.C.
PO Box 1193
Virginia Beach VA 23451-0193

Blue Technologies
530 Lakeview Plaza Blvd  Ste A
Columbus OH 43085

Bob Bay & Son Inc
c/o TRS Recovery Services Inc
5251 Westheimer
Houston TX 77056

Buckeye Credit Solutions
7001 Post Rd #300
Dublin OH 43016

Buckeye Lending Solutions
7001 Post Rd #300
Dublin OH 43016

CAC Financial Corp
2601 NW Expressway  # 1000 East
Oklahoma City OK 73112-7236

Canal Winchester Area
Chamber of Commerce
20 N High St
Canal Winchester OH 43110

Capital Management Services Inc
726 Exchange Street  #700
Buffalo NY 14210

Capital One
Attn: Chief Financial Officer
PO Box 30256
Salt Lake City UT 84130-0256

Capital One
Customer Center
PO Box 30256
Salt Lake City UT 84130-0256

Cardiovascular Specialists LLC
PO Box 576
Lancaster OH 43130

Carlisle McNellie Rini Kramer & Ulrich
24755 Chagrin Blvd #200
Cleveland OH 44122

Cashland
17 Triangle Park
Cincinnati OH 45246

CashNet USA
200 W Jackson Blvd #2400
Chicago IL 60606

CBCS
PO Box 163279
Columbus OH 43216-3279

CBNA
PO Box 550
Dickson TN 37056

CCB Credit Services
5300 S 6th Street
Springfield IL 62703

Central Credit Services Inc
PO Box 15118
Jacksonville FL 32239-5118

Central Ohio General Surgeons
2405 N Columbus St #250
Lancaster OH 43130

Central Ohio Primary Care
570 Polaris Pkwy #250
Westerville OH 43082

Certegy
c/o Coface Collections North America Inc
PO Box 1389
Kenner LA 70063

Chase
Customer Service
PO Box 15298
Wilmington DE 19850-5298

Choice Recovery
1550 Old Henderson Rd #100
Columbus OH 43220-3662

Christy Moore
646 E Chestnut St
Lancaster OH 43130

Chrysler Financial
Correspondence
PO Box 9223
Farmington MI 48333-9223

CISCO, Inc
PO Box 801088
Houston TX 77280-1088

City of Lancaster
104 E Main St Room 301
Lancaster OH 43130

Client Services Inc
3451 Harry Truman Blvd
Saint Charles MO 63301-4047

Columbus Business First
303 W Nationwide Blvd
Columbus OH 43215

Columbus Radiology Corp
PO Box 713999
Cincinnati OH 45271

Commercial Collectors Inc
PO Box 337
Montrose MN 55363

Community Hospitalists LLC
PO Box 72233
Cleveland OH 44192

Corporate Collection Services
PO Box 1500
Henrietta NY 14467

Cox Law Office LLC
4930 Reed Rd  #220
Columbus OH 43220

Cracker Barrel 121
c/o Certergy Payment Recovery Services
11601 Roosevelt Blvd
Saint Petersburg FL 33716

Credit Control LLC
5757 Phantom Drive Ste 330
Hazelwood MO 63042

Credit Management Inc
4200 International Parkway
Carrollton TX 75007-1906

Credit Protection Association LP
13355 Noel Road
Dallas TX 75240

Credit Solutions LLC
2277 Thunderstick Dr  #400
Lexington KY 40505-9002

Crestwood Mgmt LLC
PO Box 22630
Beachwood OH 44122

Cristy's Pizza
c/o CheckCare
1925 E Dublin Granville Rd  #103
Columbus OH 43229

Culligan of Central Ohio
8260 Howe Industrial Pkwy  Ste H
Canal Winchester OH 43110

D Scott Carruthers
Attorneys at Law
8448 Katella Ave  #100
Stanton CA 90680

Defender Direct
6100 N Keystone Ave  #654
Indianapolis IN 46220

DHL Express Inc
1210 S Pine Island Rd 4th Fl
Fort Lauderdale FL 33324

Direct TV
Customer Service
PO Box 6550
Greenwood Village CO 80155-6550

Diversified Credit Service Inc
PO Box 21726
Cleveland OH 44121

Donald A Cox Esq
605 N High St  #305
Columbus OH 43215

EMP of Lancaster Ltd
100 S Owasso Blvd West
Saint Paul MN 55117

Enhanced Recovery Company LLC
Correspondence
PO Box 57610
Jacksonville FL 32241

EOS CCA
Correspondence
PO Box 439
Norwell MA 02061-0439

ERC
PO Box 23870
Jacksonville FL 32241-3870

Escallate LLC
5200 Stoneham Rd  #200
Canton OH 44720

ETAT Enterprises, LLC
125 W Wheeling St
Lancaster OH 43130

Fairfield County Treasurer
210 E Main St  Room 206
Lancaster OH 43130

Fairfield Emergency Physicians
2950 Robertson Ave  #200
Cincinnati OH 45209

Fairfield Federal Savings & Loan
Association of Lancaster
Attn: Chief Financial Officer
111 E Main St
Lancaster OH 43130

Fairfield HC Professionals
1153 East Main St
PO Box 2563
Lancaster OH 43130

Fairfield Medical Center
1149 E Main St
Lancaster OH 43130

Federal Express
PO Box 1140
Memphis TN 38101-1140

Fifth Third Bank
Customer Service
38 Fountain Square Plaza
Cincinnati OH 45263

First Data Merchant Services
PO Box 1738545
Denver CO 80217

First Medical Urgent & Family Care
1201 River Valley Blvd
Lancaster OH 43130

First Premier Bank
Customer Service
PO Box 5524
Sioux Falls SD 57117-5524

Firstsource Advantage LLC
205 Bryant Woods S
Amherst NY 14228

FMS Inc
4915 S Union Ave
Tulsa OK 74107

Focus Receivables Management
1130 Northchase Pkwy #150
Marietta GA 30067-6420

Franklin Collection Service Inc
PO Box 3910
Tupelo MS 38803-3910

Fred Fioto
66410 Bethel Rd
New Plymouth OH 45654

G Brian Boltz Esq
109 E Main St #105
Lancaster OH 43130

GE Money Bank
PO Box 981438
El Paso TX 79998

Gene's Sign Co
310 N Broad St
PO Box 83
Bremen OH 43107

General Revenue Corporation
11501 Northlake Dr
Cincinnati OH 45249-1643

General Surgical Associates
618 Pleasantville Rd #301
Lancaster OH 43130-3373

Glenn Burns DDS
Jennifer Lape DDS
208 N Columbus St
Lancaster OH 43130

Haines Publishing
PO Box 2117
Canton OH 44720

Harold E. Scherr
1064 Greenwood Blvd 328
Lake Mary FL 32746

Heimberger Office Machines
664 E Main st
Lancaster OH 43130

Hillcrest Davidson & Associates
850 N Dorothy Dr #512
Richardson TX 75081

Hohmann, Boukis & Curtis CO., L.P.A.
1370 Ontario St #520
Cleveland OH 44113-1701

HP Products Corporation
4220 Saguaro Trl
Indianapolis IN 46268

HSBC Card Services
Customer Service
PO Box 80084
Salinas CA 93912-0084

HSBC Retail Services
PO Box 15521
Wilmington DE 19850-5521

Huntington National Bank
2361 Morse Road
Columbus OH 43229

IC System Inc
444 Highway 96 East
PO Box 64378
Saint Paul MN 55164-0378

Imperial Commercial
397 N Litchfield Rd #113
Goodyear AZ 85338

Integrity Financial Partners Inc
4370 W 109th St #100
Overland Park KS 66211

Integrity Solution Services Inc
20 Corporate Hills Dr
Saint Charles MO 63301

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

James Gobel
613 Madison Ave
Lancaster OH 43130

JC Christensen & Associates Inc
PO Box 519
Sauk Rapids MN 56379-0519

JL Russell & Associates Ltd
13700 State Rd #4
North Royalton OH 44133

Jon Clark & Associates
PO Box 1405
Lancaster OH 43130

JP Recovery Services Inc
PO Box 1022
Wixom MI 48393-1022

JPMorgan Chase Bank
PO Box 659754
San Antonio TX 78265-9754

Keith D Weiner & Associates
75 Public Square 4th Floor
Cleveland OH 44113

Kroger Check Recovery Center
PO Box 30650
Salt Lake City UT 84130

Lancaster City Income Tax
104 E Main St 3rd Fl
Lancaster OH 43130

Lancaster Eagle Gazette
138 W Chestnut St
Lancaster OH 43130

Lancaster Utilities
104 East Main Street
PO Box 1099
Lancaster OH 43130

Lancaster's 90.9FM
201 S Broad St
Studio 301
Lancaster OH 43130

Law Offices of Mitchell N Kay PC
PO Box 9006
Smithtown NY 11787-9006

Leading Edge Recovery Solutions LLC
5440 N Cumberland Ave #300
Chicago IL 60656-1490

Levy & Associates
4645 Executive Drive
Columbus OH 43220

Lowes / Synchrony Bank
Attn  Bankruptcy Dept
PO Box 965060
Orlando FL 32896-5060

LP Investments
PO Box 1987
Colleyville TX 76034

LVNV Funding
Universal Fidelity LP
PO Box 10497
Greenville SC 29603

Macy's Visa
Bankruptcy Processing
PO Box 8053
Mason OH 45040

Magnetic Springs Water Co
1917 Joyce Ave
PO Box 182076
Columbus OH 43219

Meade & Associates Inc
737 Enterprise Drive
Westerville OH 43081

Media Network of Central Ohio
PO Box 677302
Dallas TX 75267

Mercantile Adjustment Bureau Inc.
PO Box 9016
Buffalo NY 14231-9016

Mercantile Adjustment Bureau,LLC
165 Lawrence Bell Drive 100
Williamsville NY 14221-7900

Midland Credit Management Inc
2365 Northside Dr  #300
San Diego CA 92108

Midland Funding LLC
8875 Aero Dr
San Diego CA 92123

Minuteman Press
135 N Columbus St
Lancaster OH 43130

Mobilex USA
PO Box 17452
Baltimore MD 21297-1452

MRS Associates
1930 Olney Ave
Cherry Hill NJ 08003

National Credit Adjusters
327 W 4th St
Hutchinson KS 67504-3023

Nationwide Credit Inc
4700 Vestal Pkwy E
Vestal NY 13850-3770

Nationwide Credit, Inc
PO Box 26314
Lehigh Valley PA 18002

Nationwide Insurance Company
One Nationwide Plaza
Columbus OH 43215

NCO Financial Systems
507 Prudential Road
Horsham PA 19044

Newspaper Network of Central Ohio
PO Box 713201
Columbus OH 43271-3201

Northland Group
PO Box 390905
Minneapolis MN 55439

Ocean Equity Payment Solutions
295 Bendix Rd 320
Virginia Beach VA 23452-1382

Ohio Attorney General's Office
Revenue Recovery/Collections Enforcement
150 E Gay St  21st Fl
Columbus OH 43215

Ohio Bureau of Motor Vehicles
Attn:  Financial Responsibility Section
PO Box 16520
Columbus OH 43216-6520

Ohio Bureau of Workers Compensation
Policy No. 1616246
Attn:  Law Section Bankruptcy Unit
PO Box 15567
Columbus OH 43215-0567

Ohio Bureau of Workers Compensation
Attorney General of Ohio
Collections Enforcement Section
150 East Gay St 21st Fl
Columbus OH 43215

Ohio Department of Taxation
Attn: Bankruptcy Division
PO Box 530
Columbus OH 43216

Ohio Department of Taxation
c/o Attorney General of Ohio
Collections Enforcement Section
150 East Gay Street 21st Fl
Columbus OH 43215

Ohio Neighborhood Finance
845 N Memorial Dr
Lancaster OH 43130

Ohio Plumbing Plus
323 N Maple St
Lancaster OH 43130

Ohio School District Income Tax
30 East Broad Street 29th Floor
Columbus OH 43215-3414

OSU Physicians
PO Box 740727
Cincinnati OH 45274-0727

P&B Capital Group LLC
461 Ellicott St 3rd Fl
Buffalo NY 14203

Paychex of New York LLC
5450 Frantz Rd #100
Dublin OH 43016

PayPal Credit / Synchrony Bank
Attn Bankruptcy Dept
PO Box 965060
Orlando FL 32896-5060

Personnel Concepts
PO Box 5750
Carol Stream IL 60197-5750

Physicians Care Inc
PO Box 748
Lancaster OH 43130

Pinnacle Financial Group Inc
7825 Washington Ave S #410
Minneapolis MN 55439-2409

Plaza Associates
370 Seventh Avenue
New York NY 10001

Prince Parker & Associates
PO Box 474690
Charlotte NC 28247

Prince-Parker & Associates Inc
6625 Crown Cresent Court
PO Box 474690
Charlotte NC 28247-4690

Professional Debt Mediation Inc
PO Box 550-0979
Jacksonville FL 32255

Professional Debt Meditation, Inc.
PO Box 550-0979
Jacksonville FL 32255-0979

Rauch-Milliken International Inc
PO Box 8390
Metairie LA 70011

RBC
283 Glessner Ave
PO Box 1548
Mansfield OH 44901-1548

RCL Finance Inc
7001 Post Rd #300
Dublin OH 43016

Receivable Management Services
4836 Brecksville Rd
PO Box 523
Richfield OH 44286

Receivables Performance Management
20816 44th Ave W
Lynnwood WA 98036

Reference Laboratory Services
PO Box 1076
Lancaster OH 43130

Regent Asset Management Solutions
7290 Samuel Dr #300
Denver CO 80221

Reliant Capital Solutions LLC
750 Cross Pointe Road Suite G
Columbus OH 43230-6692

Resurgent Capital Services
PO Box 10587
Greenville SC 29603-0587

Revenue Group
4780 Hinckley Industrial Pkwy #200
Cleveland OH 44109

Revenue Recovery Corp
6207 Summer Ave
PO Box 341308
Memphis TN 38184-1308

Risch Home Health Care Inc
622 W Fair Ave
Lancaster OH 43130

Riverwalk Holdings Ltd
c/o Velocity Investments LLC
1800 Route 34N #404A
Belmar NJ 07719

RJ Schinner
4001 Gantz Rd Ste E
Grove City OH 43123

RJ Schinner - Menomonee Falls
N89 W14700 Patrita Dr
Menomonee Falls WI 53051

Rose Products and Services
PO Box 871065
Kansas City MO 64187-1065

Rossman & Co
PO Box 2051
New Albany OH 43054

Royal Publishing
7620 N Harker Dr
Peoria IL 61615-1849

Sears / Synchrony Bank
Bankruptcy Dept
PO Box 965061
Orlando FL 32896

Sentry Credit Inc
2809 Grand Ave
Everett WA 98201

Simm Associates Inc
800 Pencader Dr
Newark DE 19702

Sirius XM Radio Inc.
PO Box 33174
Detroit MI 48232

SKO Brenner American
40 Daniel St
Farmingdale NY 11735

Slater, Tenaglia, Fritz & Hunt, P.A.
PO Box 8500
Philadelphia PA 19178-2431

Slaters Inc
1141 N Memorial Dr
PO Box 489
Lancaster OH 43130

Source Receivables Management
4615 Dundas Dr #102
Greensboro NC 27407

Southwest Credit
4120 International Pkwy #1100
Carrollton TX 75007

Stern Recovery Services Inc
415 N Edgeworth St #210
Greensboro NC 27401

Sunrise Credit Services Inc
PO Box 9100
Farmingdale NY 11735-9100

Synter Resource Group LLC
5935 Rivers Ave #102
North Charleston SC 29406

Sysco Cincinnati LLC
PO Box 6066
Cincinnati OH 45262-0066

Tate & Kirlin Associates
2810 Southampton Rd
Philadelphia PA 19154

TeleCheck Services Inc
PO Box 60028
City of Industry CA 91716-0028

Telecheck Services, Inc
PO Box 1099
Englewood CO 80150-1099

The CBE Group Inc
131 Tower Park  #100
PO Box 2635
Waterloo IA 50704-2635

The Lutheran Journal
PO Box 28158
Saint Paul MN 55128

The Sign Company
3810 Columbus Lancaster Rd NW
Carroll OH 43112

Tho Do LLC
c/o TRS Recovery Services Inc
5251 Westheimer
Houston TX 77056

Thomas & Thomas
2323 Park Avenue
Cincinnati OH 45206-2711

Time Warner Cable
1015 Olentangy River Rd
Columbus OH 43212-3148

Transworld Systems Inc
507 Prudential Rd
Horsham PA 19044

ULine
2200 S Lakeside Dr
Waukegan IL 60085

United Collection Bureau
PO Box 165009
Columbus OH 43216-5009

United Collection Bureau Inc
5620 Southwyck Blvd  #206
Toledo OH 43614

United Recovery Systems
5800 North Course Dr
Houston TX 77072

United States Postal Service
475 L'Enfant Plaza SW RM 4012
Washington DC 20060

UPS
55 Glenlake Pkwy NE
Atlanta GA 30328

US Attorney
303 Marconi Blvd  #200
Columbus OH 43215

US Attorney General
Main Justice Building  Room 5111
10th & Constitution Avenue NW
Washington DC 20530

US Bank
Customer Service
PO Box 2188
Oshkosh WI 54903-2188

Velocity Investments LLC
1800 Route 34 N  Ste 404A
Wall NJ 07719

Wells Fargo
c/o Rushmore Loan Management Services
Attn: Chief Financial Officer
PO Box 55004
Irvine CA 92619

Wells Fargo
Correspondence
PO Box 10335
Des Moines IA 50306

Weltman Weinberg & Reis Co LPA
PO Box 93596
Cleveland OH 44101-5596

Weltman Weinberg & Reis Co LPA
3705 Marlane Dr
Grove City OH 43123

Weltman Weinberg & Reis Co LPA
323 West Lakeside Ave  #200
Cleveland OH 44113-1099

West Asset Management
7171 Mercy Rd  #100
Omaha NE 68105-2535

Wolkin Law Group
235 W Giaconda Way  #217
Tucson AZ 85704

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Garland E. Consoliver |
| Debtor 2 (Spouse, if filing) | Elizabeth Ann Consoliver |
| United States Bankruptcy Court for the: | Southern District of Ohio |
| Case number (if known) | |

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

■ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3). _____

■ 3. The commitment period is 3 years.

☐ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

---

## Official Form 122C-1
# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

| **Part 1:** | **Calculate Your Average Monthly Income** |
|---|---|

1. **What is your marital and filing status?** Check one only.
   - ☐ **Not married.** Fill out Column A, lines 2-11.
   - ■ **Married.** Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ 59.58 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | |
|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | |
| Ordinary and necessary operating expenses | -$ 0.00 | |
| Net monthly income from a business, profession, or farm | $ 0.00 | **Copy here ->** $ 0.00  $ 0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | |
|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | |
| Ordinary and necessary operating expenses | -$ 0.00 | |
| Net monthly income from rental or other real property | $ 0.00 | **Copy here ->** $ 0.00  $ 0.00 |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| | | |
|---|---|---|
| Debtor 1 | Garland E. Consoliver | |
| Debtor 2 | Elizabeth Ann Consoliver | Case number (*if known*) |

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |
| 8. **Unemployment compensation** | $ 0.00 | $ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| | | |
|---|---|---|
| For you | $ 0.00 | |
| For your spouse | $ 0.00 | |

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.

                                                    $ 0.00       $ 0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

| | | |
|---|---|---|
| | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| Total amounts from separate pages, if any. | + $ 0.00 | $ 0.00 |

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ 0.00  + $ 59.58  = $ 59.58

**Total average monthly income**

| Part 2: | Determine How to Measure Your Deductions from Income |
|---|---|

12. **Copy your total average monthly income from line 11.** ............................................. $ 59.58

13. **Calculate the marital adjustment.** Check one:

☐ You are not married. Fill in 0 below.

■ You are married and your spouse is filing with you. Fill in 0 below.

☐ You are married and your spouse is not filing with you.

    Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

    Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

    If this adjustment does not apply, enter 0 below.

| | | |
|---|---|---|
| | $ | |
| | $ | |
| | + $ | |
| Total | $ 0.00 | Copy here=>     - 0.00 |

14. **Your current monthly income.** Subtract line 13 from line 12.      $ 59.58

15. **Calculate your current monthly income for the year.** Follow these steps:

    15a. Copy line 14 here=> .................................................... $ 59.58

          Multiply line 15a by 12 (the number of months in a year).      **x 12**

    15b. The result is your current monthly income for the year for this part of the form. ........................... $ 714.96

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                             Best Case Bankruptcy

| Debtor 1 | Garland E. Consoliver | | |
|---|---|---|---|
| Debtor 2 | Elizabeth Ann Consoliver | | Case number (*if known*) |

16. **Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live.      OH

16b. Fill in the number of people in your household.      2

16c. Fill in the median family income for your state and size of household.      $   55,771.00
     To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

17. **How do the lines compare?**

17a. ■ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3.** Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C-2).

17b. ☐ Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C-2).** On line 39 of that form, copy your current monthly income from line 14 above.

| **Part 3:** | **Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)** |
|---|---|

18. **Copy your total average monthly income from line 11** .      $   59.58

19. **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13.

19a. If the marital adjustment does not apply, fill in 0 on line 19a.      –$   0.00

19b. **Subtract line 19a from line 18.**      $   59.58

20. **Calculate your current monthly income for the year.** Follow these steps:

20a. Copy line 19b      $   59.58

     Multiply by 12 (the number of months in a year).      **x 12**

20b. The result is your current monthly income for the year for this part of the form      $   714.96

20c. Copy the median family income for your state and size of household from line 16c      $   55,771.00

21. **How do the lines compare?**

     ■ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* Go to Part 4.

     ☐ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

| **Part 4:** | **Sign Below** |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X** /s/ Garland E. Consoliver          **X** /s/ Elizabeth Ann Consoliver
     Garland E. Consoliver                  Elizabeth Ann Consoliver
     Signature of Debtor 1                    Signature of Debtor 2

     Date   April 28, 2016               Date   April 28, 2016
         MM / DD / YYYY                    MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.

If you checked 17b, fill out Form 122C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | Garland E. Consoliver | | |
|---|---|---|---|
| Debtor 2 | Elizabeth Ann Consoliver | | Case number (*if known*) | |

## Current Monthly Income Details for the Debtor

**Debtor Income Details:**

Income for the Period 10/01/2015 to 03/31/2016.

Line 4 - Contributions to household expenses of the debtor or dependents
Source of Income: Family Assistance (begins 5/2016)
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | 10/2015 | $0.00 |
| 5 Months Ago: | 11/2015 | $0.00 |
| 4 Months Ago: | 12/2015 | $0.00 |
| 3 Months Ago: | 01/2016 | $0.00 |
| 2 Months Ago: | 02/2016 | $0.00 |
| Last Month: | 03/2016 | $0.00 |
| | Average per month: | $0.00 |

| Debtor 1 | Garland E. Consoliver | | | | |
|---|---|---|---|---|---|
| Debtor 2 | Elizabeth Ann Consoliver | | | Case number (*if known*) | |

## Current Monthly Income Details for the Debtor's Spouse

**Spouse Income Details**:
Income for the Period 10/01/2015 to 03/31/2016.

Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions
Source of Income: A Plus Home Health Care Agency
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | 10/2015 | $0.00 |
| 5 Months Ago: | 11/2015 | $0.00 |
| 4 Months Ago: | 12/2015 | $0.00 |
| 3 Months Ago: | 01/2016 | $0.00 |
| 2 Months Ago: | 02/2016 | $0.00 |
| Last Month: | 03/2016 | $357.50 |
| | Average per month: | $59.58 |

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

　　**You are an individual filing for bankruptcy,** and

　　**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

　　Chapter 7 - Liquidation

　　Chapter 11 - Reorganization

　　Chapter 12 - Voluntary repayment plan for family farmers or fishermen

　　Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

　　most taxes;

　　most student loans;

　　domestic support and property settlement obligations;

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　　　　　　　　　Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

| | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|-----------|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|-----------|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

    domestic support obligations,

    most student loans,

    certain taxes,

    debts for fraud or theft,

    debts for fraud or defalcation while acting in a fiduciary capacity,

    most criminal fines and restitution obligations,

    certain debts that are not listed in your bankruptcy papers,

    certain debts for acts that caused death or personal injury, and

    certain long-term secured debts.

## Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.