**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | : |
| **Garland E. Consoliver**, | |
| **Elizabeth Ann Consoliver,** | : Case No: 16-52796 |
| | Chapter 13 |
| Debtors. | : Judge Caldwell |

**NOTICE OF SUBMISSION OF APPRAISAL**

Now come Debtors, Garland and Elizabeth Consoliver, by and through counsel, and in accordance with LBR 3015-3(e)(3), and hereby submit the attached appraisal of the Debtors' real estate located at 610 McKinley Avenue, Lancaster, Ohio, in the amount of Eighty Nine Thousand Five Hundred and 00/100ths Dollars ($89,500.00).

Respectfully submitted,

/s/ Crystal I. Zellar
Crystal I. Zellar (#0038785)
Shelley E. Hibburt (#0091736)
**Zellar & Zellar, Attorneys at Law, Inc.**
720 Market Street
Zanesville, Ohio 43701
Telephone: (740) 452-8439
Facsimile: (740) 450-8499
mail@ZellarLaw.com
Counsel for Debtors

**CERTIFICATE OF SERVICE**

I hereby certify that on **May 4, 2016,** a copy of the foregoing **Notice of Submission of Appraisal** was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the Court:

US Trustee                Chapter 13 Trustee

and on the following by **ordinary U.S. Mail** addressed to:

Garland and Elizabeth Consoliver
610 McKinley Ave
Lancaster OH 43130

Capital One
Attn: Chief Financial Officer
PO Box 30256
Salt Lake City  UT  84130-0256

Fairfield Federal Savings & Loan Association of Lancaster
Attn: Chief Financial Officer
111 E Main St
Lancaster  OH  43130

Midland Funding LLC
8875 Aero Dr
San Diego  CA  92123

Ohio Department of Taxation
Attn: Bankruptcy Division
PO Box 530
Columbus  OH  43216

Ohio Department of Taxation
c/o Attorney General of Ohio
Collections Enforcement Section
150 E Gay St  21st Fl
Columbus  OH  43215

Wells Fargo
c/o Rushmore Loan Management Services
Attn: Chief Financial Officer
PO Box 55004
Irvine  CA  92619

      /s/ Crystal I. Zellar
Crystal I. Zellar (#0038785)
Shelley E. Hibburt  (#0091736)
**Zellar & Zellar, Attorneys at Law, Inc.**
Counsel for Debtors



Jan. 12, 2016

Garland and Elizabeth Consoliver

610 McKinley Ave.

Lancaster, Oh. 43130

Garland and Elizabeth Consoliver,

Regarding your property located at 610 McKinley Ave.,

Lancaster, Oh. 43130;

Based upon the comparable provided the I am estimating the value of

the property to be $ 89,500. Taking into consideration the condition

and improvements.

If you have any questions feel free to contact me by phone or email.

Sincerely,

*Cricket Such*

Cricket Such, crs

RE/MAX Achievers

c/o 3989 Blueberry Hollow Rd.

Columbus, Ohio 43230

# Data For Parcel 0531150200

## Base Data

| | |
|---|---|
| Parcel: | 0531150200 |
| Owner: | CONSOLIVER GARLAND E & ELIZABETH A SURV |
| Address: | 610 MCKINLEY AVE |



[+] Map this property.

### Mailing Address

| | |
|---|---|
| Mailing Name: | CONSOLIVER GARLAND E & ELIZABETH A SURV |
| Address: | 610 MCKINLEY AV |
| City State Zip: | LANCASTER OH 43130 |

### Taxing District

| | |
|---|---|
| City: | LANCASTER |
| Township: | LANCASTER CORPORATION |
| School District: | LANCASTER C.S.D. |

## Legal

| | |
|---|---|
| Neighborhood: | 00007000 2ND & 6TH WARD PIONEER/WRIGHT/SNYDER |
| Legal Description: | COLE MARTIN TOWSON ADD |
| | LOT 24 |
| Map Number: | 0106-00-039-00 |
| Legal Acres: | 0 |
| Land Use: | (510) R - SINGLE FAMILY DWELLING, PLATTE |
| Property Class: | RESIDENTIAL |
| Range Township Section: | 0-0-0 |

## Valuation

| | Appraised | Assessed (35%) |
|---|---|---|
| Land Value: | $18,710.00 | $6,550.00 |
| Building Value: | $100,100.00 | $35,040.00 |
| Total Value: | $118,810.00 | $41,590.00 |
| CAUV Value: | $0.00 | |
| Taxable Value: | $41,590.00 | |

## Tax Credits

| | |
|---|---|
| 2.5% Homesite Rollback: | YES |
| Homestead Reduction: | NO |

## Notes

| | |
|---|---|
| Notes: | |

Report Discrepancy

*GIS parcel shapefile last updated 1/11/2016 8:14:36 AM.*
*CAMA database last updated 1/12/2016 12:24:25 AM.*

### Residential CMA

Listings as of 01/12/16 at 8:30 PM
Status of 'Closed'; Sub-Type of 'Single Family Freestanding'; Full Baths between 2 and 999; Acreage between 0 and .5; City (Mailing Addr) of 'Lancaster'; Sold Price between 75000 and 100000; Sold Date between '01/12/2015' and '01/12/2026'. **(Selected Listings Only)**

**CLOSED Properties**

| MLS # | Address | Zip | Subdivision | DOM | BR | Full Baths | Half Baths | Parking | Style | Sqft ATFLS | SqFt Tax | List Price | L$/SF | Sale Price | S$/SF | SP$/LP$ % | Sold Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 215003954 | 246 N Cherry Street | 43130 | Nelson Benadum Addition | 20 | 3 | 2 | 0 | 3 Car Garage; Detached Garage | 2 Story | 1,734 | 1,734 | $89,900 | $51.85 | $80,000 | 46.14 | 88.99 | 04/07/2015 |
| 215003457 | 307 Garfield Avenue | 43130 | | 22 | 4 | 2 | 0 | On Street | 2 Story | 1,370 | 1,370 | $84,900 | $61.97 | $83,500 | 60.95 | 98.35 | 05/04/2015 |
| 214028636 | 142 Arnold Avenue | 43130 | | 107 | 3 | 2 | 0 | 2 Off Street; On Street | 2 Story | 1,552 | 1,552 | $89,900 | $57.93 | $86,500 | 55.73 | 96.22 | 04/06/2015 |
| 214043404 | 432 N HIGH Street | 43130 | | 223 | 3 | 2 | 0 | On Street | 2 Story | 1,636 | 1,636 | $89,900 | $54.95 | $89,000 | 54.4 | 99.00 | 06/16/2015 |
| 215001137 | 424 N Ewing Street | 43130 | | 53 | 3 | 3 | 0 | 2 Car Garage; Detached Garage | Cape Cod | 1,596 | 1,596 | $1 | $0 | $89,000 | 55.76 | 8,900,000.00 | 03/20/2015 |
| 214046832 | 872 Maher Drive | 43130 | City View | 143 | 3 | 2 | 1 | 2 Car Garage; Attached Garage | 2 Story | 1,344 | 1,344 | $98,000 | $72.92 | $94,000 | 69.94 | 95.92 | 06/12/2015 |
| 215012064 | 875 E MULBERRY Street | 43130 | | 12 | 4 | 2 | 0 | 2 Car Garage; Detached Garage | 2 Story | 1,360 | 1,360 | $99,900 | $73.46 | $98,000 | 72.06 | 98.10 | 05/29/2015 |
| Listing Total: 7 | | | Min Max Avg Median | 12 223 82.86 53 | 3 4 3.29 3 | 2 3 2.14 2 | 0 1 1 0 | | | 1,344 1,734 1,513.14 1,552 | 1,344 1,734 1,513.14 1,552 | 1 99,900 78,928.71 89,900 | 0 73.46 62.18 57.93 | 80,000 98,000 88,571.43 89,000 | 46.14 72.06 59.28 55.76 | | |

**Property Type Count** 7   **Averages**   Sqft: 1,513   $/Sqft: 59.28   DOM/CDOM: 82/226   O-Price: 84,429   L-Price: 78,929   S-Price: 88,571

\* Price statistics for closed listings based on sold price. All other statuses and Totals based on current list price.
Information is deemed to be reliable, but is not guaranteed. © 2016 MLS and FBS. Prepared by Cricket Such, CRS on Tuesday, January 12, 2016 8:30 PM.



Cricket Such
RE/MAX Achievers
Primary Phone: 614-329-2303
rmxbug@aol.com
www.suchrealestate.com
License Number: 209745



872 Maher Drive
Lancaster, OH 43130

List Price: $98,000
List Price/SqFt: 72.92
SqFt Tax Record: 1344.0
SqFt ATFLS: 1344.0
Parcel #: 05-36315-700

### Location Info
Style: 2 Story
Subdiv/Cmplx/Comm: City View
Corp Limit: Lancaster
Township: None
County: Fairfield
Acreage: 0.18
Bedrooms: 3
Full Baths: 2
Half Baths: 1



246 N Cherry Street
Lancaster, OH 43130

List Price: $89,900
List Price/SqFt: 51.85
SqFt Tax Record: 1734.0
SqFt ATFLS: 1734.0
Parcel #: 05-35017-800

### Location Info
Style: 2 Story
Subdiv/Cmplx/Comm: Nelson Benadum Addition
Corp Limit: Lancaster
Township: None
County: Fairfield
Acreage: 0.25
Bedrooms: 3
Full Baths: 2
Half Baths: 0



424 N Ewing Street
Lancaster, OH 43130

List Price: $1
List Price/SqFt: 0.0
SqFt Tax Record: 1596.0
SqFt ATFLS: 1596.0
Parcel #: 05-35218-800

### Location Info
Style: Cape Cod
Subdiv/Cmplx/Comm:
Corp Limit: Lancaster
Township: None
County: Fairfield
Acreage: 0.27
Bedrooms: 3
Full Baths: 3
Half Baths: 0




307 Garfield Avenue
Lancaster, OH 43130

List Price: $84,900
List Price/SqFt: 61.97
SqFt Tax Record: 1370.0
SqFt ATFLS: 1370.0
Parcel #: 05-31021-900

### Location Info
Style: 2 Story
Subdiv/Cmplx/Comm:
Corp Limit: Lancaster
Township: None
County: Fairfield
Acreage: 0.12
Bedrooms: 4
Full Baths: 2
Half Baths: 0



432 N HIGH Street
Lancaster, OH 43130

List Price: $89,900
List Price/SqFt: 54.95
SqFt Tax Record: 1636.0
SqFt ATFLS: 1636.0
Parcel #: 05-33000-610

### Location Info
Style: 2 Story
Subdiv/Cmplx/Comm:
Corp Limit: Lancaster
Township: None
County: Fairfield
Acreage: 0.08
Bedrooms: 3
Full Baths: 2
Half Baths: 0



142 Arnold Avenue
Lancaster, OH 43130

List Price: $89,900
List Price/SqFt: 57.93
SqFt Tax Record: 1552.0
SqFt ATFLS: 1552.0
Parcel #: 05-32068-200

### Location Info
Style: 2 Story
Subdiv/Cmplx/Comm:
Corp Limit: Lancaster
Township: None
County: Fairfield
Acreage: 0.15
Bedrooms: 3
Full Baths: 2
Half Baths: 0

Information is deemed to be reliable, but is not guaranteed. © 2016 MLS and FBS. Prepared by Cricket Such on Tuesday, January 12, 2016 8:31PM.



Cricket Such
RE/MAX Achievers
Primary Phone: 614-329-2303
rmxbug@aol.com
www.suchrealestate.com
License Number: 209745



875 E MULBERRY Street
Lancaster, OH 43130

List Price: $99,900
List Price/SqFt: 73.46
SqFt Tax Record: 1360.0
SqFt ATFLS: 1360.0
Parcel #: 05-35194-200

### Location Info

Style: 2 Story
Subdiv/Cmplx/Comm:
Corp Limit: Lancaster
Township: None
County: Fairfield
Acreage: 0.13
Bedrooms: 4
Full Baths: 2
Half Baths: 0

Information is deemed to be reliable, but is not guaranteed. © 2016 MLS and FBS. Prepared by Cricket Such on Tuesday, January 12, 2016 8:31PM.

**Street Map**  **7 Properties**



| Legend |
|---|
| **1.** 872 Maher Drive, Lancaster, OH 43130 (214046832) |
| **2.** 246 N Cherry Street, Lancaster, OH 43130 (215003954) |
| **3.** 424 N Ewing Street, Lancaster, OH 43130 (215001137) |
| **4.** 307 Garfield Avenue, Lancaster, OH 43130 (215003457) |
| **5.** 432 N HIGH Street, Lancaster, OH 43130 (214043404) |
| **6.** 142 Arnold Avenue, Lancaster, OH 43130 (214028636) |
| **7.** 875 E MULBERRY Street, Lancaster, OH 43130 (215012064) |